| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **Southern District of Indiana ~Custom Plan Classes** |
| Case number *(if known)* _____  Chapter **7** |

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**  *Check one:*
   - ■ Chapter 7
   - ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**  Blue Marble Productions, Inc.

3. **Other names you know the debtor has used in the last 8 years**
   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ■ Unknown
   _____ EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | **7520 Georgetown Rd, Suite B** | |
   | Number     Street | Number     Street |
   | | P.O. Box |
   | **Indianapolis IN 46268-0000** | |
   | City     State     Zip Code | City     State     Zip Code |
   | | **Location of principal assets, if different from principal place of business** |
   | **Marion** | Number     Street |
   | County | |
   | | City     State     Zip Code |

6. **Debtor's website** (URL)  https://lovebluemarble.com/

7. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**  *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)

Debtor **Blue Marble Productions, Inc.**     Case number *(if known)* _____

- ☐ Railroad (as defined in 11 U.S.C. § 101(44)
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)
- ■ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ■ No
- ☐ Yes.  Debtor _____  Relationship _____
  District _____  Date filed _____ (MM/DD/YYYY)  Case number, if known _____
  
  Debtor _____  Relationship _____
  District _____  Date filed _____ (MM/DD/YYYY)  Case number, if known _____

## Part 3: Report About the Case

**10. Venue** — *Check one:*

- ■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ■ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ■ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| BevSource, Inc. | Judgment entered on February 2, 2024 (Case No. 62-CV-23-5424, State District Court, Hennepin County, Minnesota) | $1758056.2 |
|  |  | $ |
|  |  | $ |
| Ardagh Metal Packaging USA Corp. | Goods sold, unreturned dunnage, freight costs, and interest | $905710.19 |
|  |  | $ |
|  |  | $ |
| The Millcraft Paper Company | Goods sold | $469326.48 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $3133092.87 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

Debtor  **Blue Marble Productions, Inc.**                           Case number *(if known)*

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br>**BevSource, Inc.**<br>Name<br><br>**219 Little Canada Road East, Suite 100**<br>Number    Street<br>**Saint Paul MN 55117-0000**<br>City            State         Zip Code<br><br>**Name and mailing address of petitioner's representative, if any**<br>**Rebecca DuLac/Chief Financial Officer**<br>Name<br><br>**219 Little Canada Road East, Suite 100**<br>Number    Street<br>**Saint Paul MN 55117-0000**<br>City            State         Zip Code<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br>Executed on  **February 14, 2024**<br>            MM / DD / YYYY<br><br>**/s/ Rebecca DuLac/Chief Financial Officer**<br>Signature of petitioner or representative, including representative's title | **Meredith R. Theisen**<br>Printed name<br><br>**Rubin & Levin, P.C.**<br>Firm name, if any<br>**135 N. Pennsylvania Street, Suite 1400**<br>Number    Street<br>**Indianapolis IN 46204-0000**<br>City            State         Zip Code<br>Contact phone  **(317) 860-2877**   Email<br><br>Bar number  **28804-49**<br><br>State         **IN**<br><br><br>**/s/ Meredith R. Theisen**<br>Signature of attorney<br>Date signed  **February 23, 2024**<br>            MM / DD / YYYY |

Debtor **Blue Marble Productions, Inc.**　　　Case number *(if known)*

## Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
**Ardagh Metal Packaging USA Corp.**
Name

**8770 W. Bryn Mawr Avenue, Suite 800**
Number　Street
**Chicago IL 60631-0000**
City　State　Zip Code

**Name and mailing address of petitioner's representative, if any**
**Curt Rothlisberger/Director, Cr.-Collect**
Name

**8770 W. Bryn Mawr Avenue, Suite 800**
Number　Street
**Chicago IL 60631-0000**
City　State　Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **February 23, 2024**
　　　　　MM / DD / YYYY

**/s/ Curt Rothlisberger/Director, Cr.-Collect**
Signature of petitioner or representative, including representative's title

---

**Meredith R. Theisen**
Printed name

**Rubin & Levin, P.C.**
Firm name, if any
**135 N. Pennsylvania Street, Suite 1400**
Number　Street
**Indianapolis IN 46204-0000**
City　State　Zip Code
Contact phone **(317) 860-2877**　Email

Bar number **28804-49**

State **IN**

**/s/ Meredith R. Theisen**
Signature of attorney
Date signed **February 23, 2024**
　　　　　MM / DD / YYYY

---

## Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
**The Millcraft Paper Company**
Name

**9010 Rio Nero Dr.**
Number　Street
**Independence OH 44131-0000**
City　State　Zip Code

**Name and mailing address of petitioner's representative, if any**
**David Hegeman/Chief Financial Officer**
Name

**9010 Rio Nero Dr.**
Number　Street
**Independence OH 44131-0000**
City　State　Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **February 16, 2024**
　　　　　MM / DD / YYYY

**/s/ David Hegeman/Chief Financial Officer**
Signature of petitioner or representative, including representative's title

---

**Meredith R. Theisen**
Printed name

**Rubin & Levin, P.C.**
Firm name, if any
**135 N. Pennsylvania Street, Suite 1400**
Number　Street
**Indianapolis IN 46204-0000**
City　State　Zip Code
Contact phone **(317) 860-2877**　Email

Bar number **28804-49**

State **IN**

**/s/ Meredith R. Theisen**
Signature of attorney
Date signed **February 23, 2024**
　　　　　MM / DD / YYYY

---

Official Form 205　　Involuntary Petition Against a Non-Individual　　page 4