IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| BLUE MARBLE PRODUCTIONS, INC. | Case No. 24-00786-JMC-7 |
| Debtor. | |

## MOTION TO APPEAR *PRO HAC VICE*

Joel D. Nesset of Cozen O'Connor moves the Court for an order granting admission *pro hac vice* for purpose of appearing as counsel on behalf of BevSource, Inc. in the above-captioned case. In support of this motion, the applicant states:

1. The court(s) in which I am admitted to practice and the date(s) of admission are as follows:

| Court | Date of Admission |
|---|---|
| District of Minnesota | October 27, 2000 |
| U.S. District Court, District of Minnesota | November 2, 2001 |
| | |
| | |
| | |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. Accompanying this motion is an affidavit, as required by S.D. Ind. L.R. B-9010-2

**WHEREFORE**, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Dated: February 23, 2024                    Respectfully submitted,

**COZEN O'CONNOR**

/s/ *Joel D. Nesset*
    Joel D. Nesset #0030475X
    33 South Sixth Street, Suite 3800
    Minneapolis, MN 55402
    Telephone: 612-260-9007
    jnesset@cozen.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 23, 2024, a copy of the foregoing *Motion to Appear Pro Hac Vice* was filed electronically. Notice of this filing will be sent to parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

    I further certify that on February 23, 2024, a copy of the foregoing *Motion to Appear Pro Hac Vice* was mailed by first-class U.S. Mail, postage prepaid, or electronic mail as indicated, and properly addressed to the following:

    None.

    /s/ *Joel D. Nesset*