IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re:

BLUE MARBLE PRODUCTIONS, INC.

Debtor.

Chapter 7

Case No. 24-00786-JMC-7

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

Joel D. Nesset, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Court | Date of Admission |
| --- | --- |
| District of Minnesota | October 27, 2000 |
| U.S. District Court, District of Minnesota | November 2, 2001 |
|  |  |
|  |  |

My license has never been suspended nor revoked, and I am not currently subject to any disciplinary action with respect to the practice of law.

I declare under penalty of perjury that these representations are true and correct.

Dated: February 23, 2024

Respectfully submitted,

COZEN O'CONNOR

Joel D. Nesset #0030475X
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Telephone: 612-260-9007
jnesset@cozen.com

STATE OF MINNESOTA

COUNTY OF HENNEPIN

Before me, a notary public in and for said county and state, personally appeared Joel D. Nesset, and being first duly sworn upon his oath, says that the facts alleged in the above Affidavit are true.

Signed and sealed: 2/23/24 (date).

_____
Notary Public

My Commission Expires:

1/31/25



JENNIFER B. MCCONNELL
Notary Public-Minnesota
My Commission Expires Jan 31, 2025

2