**Fill in this information to identify the case and this filing:**

Debtor Name _Blue Marble Productions, Inc._

United States Bankruptcy Court for the: _Southern District of Indiana_

Case number (*If known*): _24-00786_

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _04/17/2024_          ✘ /s/ Alan Miller
      MM / DD / YYYY          Signature of individual signing on behalf of debtor

                  Alan Miller
                  Printed name

                  President
                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Blue Marble Productions, Inc.

United States Bankruptcy Court for the:    Southern District of Indiana

(State)

Case number (If known):    24-00786

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................... | $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ............................................................. | $ 8,418,798.30

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................... | $ 8,418,798.30

---

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................................ | $ 12,099,305.79

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................................ | $ 70,301.05

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............... | + $ 25,078,325.86

4. **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b | $ 37,247,932.70

**Fill in this information to identify the case:**

Debtor name ___Blue Marble Productions, Inc.___

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): ___24-00786___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | JP Morgan Chase | Checking | 1  2  5  6 | $ 268,497.01 |
| 3.2. | Park Street | Checking | ___  ___  ___  ___ | $ 497.50 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1** — $ 268,994.51

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | _____ | $_____ |
| 7.2. | _____ | $_____ |

Debtor    Blue Marble Productions, Inc.
_____
          Name

Case number *(if known)*  24-00786
_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment
   8.1. Allied Wholesale Electrical Supply (Prepayment for supplies) _____ $ 310.73 _____
   8.2. See continuation sheet _____ $ 177,325.79 _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   $ 177,636.52

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | 1,585,455.27 face amount | − | 0.00 doubtful or uncollectible accounts | = ....➔ | $ 1,585,455.27 |
| 11b. Over 90 days old: | 0.00 face amount | − | 0.00 doubtful or uncollectible accounts | = ....➔ | $ 0.00 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    $ 1,585,455.27

---

## Part 4:  Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | 14.1. _____ | _____ | $_____ |
    | 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    | 15.1._____ | _____% | _____ | $_____ |
    | 15.2._____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    | 16.1._____ | _____ | $_____ |
    | 16.2._____ | _____ | $_____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

    $_____

---

Debtor    Blue Marble Productions, Inc.
_____
Name

Case number (*if known*)    24-00786
_____

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Various Customer Ingredients & Packaging Materials | 12/29/2023 <br> MM / DD / YYYY | $ 1,850,843.04 | Book Value | $ Unknown |
| 20. **Work in progress** <br> WIP | 12/29/2023 <br> MM / DD / YYYY | $ 311,486.80 | Book Value | $ Unknown |
| 21. **Finished goods, including goods held for resale** <br> Finished Goods | 12/29/2023 <br> MM / DD / YYYY | $ 1,404,255.93 | Book Value | $ Unknown |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value : Unknown        Valuation method : NA        Current value : Unknown

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    Blue Marble Productions, Inc.
_____
Name

Case number (*if known*)  24-00786

---

33.  **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34.  **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Workstations & Desks (estimated NBV) | $ 26,996.20 | NBV est. as of 03/24 | $ Unknown |
| 40. **Office fixtures** <br> Leasehold Improvements (estimated NBV) | $ 3,660,908.27 | NBV est. as of 03/24 | $ Unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> See continuation sheet | $ 434,504.25 | | $ Unknown |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43.  **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Blue Marble Productions, Inc.
_____
          Name

Case number (if known)   24-00786
                        _____

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See continuation sheet

| | | | |
|---|---|---|---|
| | $ 18,837,145.63 | _____ | $ Unknown |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Debtor | Blue Marble Productions, Inc. | Case number (if known) 24-00786 |
| | Name | |

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  7520 Georgetown Road, Suite B<br>Indianapolis, IN 46268 | Sublessee / Sub-sublessor | $_____ | _____ | Unknown<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>See continuation sheet | 0.00<br>$_____ | | 0.00<br>$_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | $_____ | _____ | Unknown<br>$_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>Goodwill | $_____ | | Unknown<br>$_____ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $ 0.00

Debtor    Blue Marble Productions, Inc.
      Name

Case number *(if known)* 24-00786

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

  ☑ No
  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ☑ No
  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ☑ No
  ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No. Go to Part 12.
  ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____ − _____  = ➡  $ _____
                       Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Description | Tax year | Current value |
|---|---|---|
| Federal NOL | Tax year 2019 | $ 4,960,710.00 |
| Federal NOL | Tax year 2018 | $ 1,426,002.00 |
| Federal NOL | Tax year 2020-23 | $ Unknown |

73. **Interests in insurance policies or annuities**

_____  $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

  See continuation sheet _____  $ Unknown

  **Nature of claim**  _____
  **Amount requested**  $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $ _____

  **Nature of claim**  _____
  **Amount requested**  $ _____

76. **Trusts, equitable or future interests in property**

_____  $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____  $ _____
_____  $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 6,386,712.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☑ No
  ☐ Yes

---

Debtor    Blue Marble Productions, Inc.
_____
Name

Case number *(if known)*   24-00786
_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 268,994.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 177,636.52 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,585,455.27 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 6,386,712.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 8,418,798.30 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................... 8,418,798.30 | | $ 8,418,798.30 |

24-00786

Debtor 1    Blue Marble Productions, Inc.

First Name    Middle Name    Last Name      Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**8) Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| General description | Current value |
|---|---|
| ABC Packaging Machine Corp. (Prepayment for supplies) | $29.42 |
| KHS USA, Inc. (Prepayment for supplies) | $1,474.68 |
| Filtec (Prepayment for supplies) | $36.69 |
| Office Depot (Prepayment for supplies) | $44.82 |
| Harrington Industrial Plastics (Prepayment for supplies) | $63.64 |
| Robert-James Sales, Inc. (Prepayment for supplies) | $323.45 |
| Motion Industries, Inc. (Prepayment for supplies) | $1,637.11 |
| Caribbean Distillers LLC (Prepayment for supplies) | $1,725.07 |
| Kerry Inc. / Kerry Canada Inc. (Prepayment for supplies) | $3,499.25 |
| Duncan Co. (Prepayment for supplies) | $4,706.00 |
| Glacier Tanks, LLC (Prepayment for supplies) | $84.15 |
| Enerquip Thermal Solutions (Prepayment for supplies) | $259.78 |
| Arrow Container, LLC (Prepayment for supplies) | $399.99 |
| Heyes Filters (Prepayment for supplies) | $650.00 |
| Climax Packaging Machinery (Prepayment for supplies) | $3,131.14 |
| Lowes (Prepayment for supplies) | $384.37 |
| Fredericks, Inc. Contractors (Prepayment for supplies) | $600.00 |
| Hytrol Parts (Prepayment for supplies) | $403.43 |
| Jackson Oil & Solvents (Prepayment for supplies) | $926.22 |
| Allied Electronics, Inc. (Prepayment for supplies) | $1,673.90 |
| Nelson-Jameson Inc. (Prepayment for supplies) | $2,130.36 |

24-00786

Debtor 1  Blue Marble Productions, Inc.

First Name        Middle Name        Last Name                    Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

| | |
|---|---|
| Amazon (Prepayment for supplies) | $2,580.89 |
| Daigger (Prepayment for supplies) | $2,988.81 |
| BevNutra Solutions, LLC (Prepayment for supplies) | $3,311.43 |
| Indiana Sugars (Prepayment for supplies) | $56,530.00 |
| W.W. Grainger, Inc. (Prepayment for supplies) | $8,797.47 |
| Fortis (Prepayment for supplies) | $11,339.17 |
| Horner Industrial Group (Prepayment for supplies) | $14,234.06 |
| BIOURJA (Prepayment for supplies) | $53,360.49 |

**41) Office equipment, including all computer equipment and communication systems equipment and software**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| SAP HANNA Software (MRP Licensing) | 376,035.69 | NBV est. as of 03/24 | Unknown |
| Computer Hardware (estimated NBV) | 58,468.56 | NBV est. as of 03/24 | Unknown |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Beverage Packaging Equipment | 994,450.51 | NBV est. as of 03/24 | Unknown |
| Leased equipment | 17,842,695.12 | NBV est. as of 03/24 | Unknown |

**62) Licenses, franchises, and royalties**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Indiana Alcohol and Tobacco Commission Permits | | | 0.00 |
| Alcohol and Tobacco Tax and Trade Bureau Licenses | | | 0.00 |

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

24-00786

Debtor 1    Blue Marble Productions, Inc.               Case number *(if known)*_____
First Name     Middle Name     Last Name

### Continuation Sheet for Official Form 206 A/B

| General description | Nature of claim | Amount requested | Current value |
|---|---|---|---|
| Claim Against Stewart's Enterprises, Inc | Breach of Contract | 2,502,640.00 | Unknown |
| Claim Against Miami Cocktails Company, Inc. | Breach of Contract | 1,306,219.20 | Unknown |

**Fill in this information to identify the case:**

Debtor name __Blue Marble Productions, Inc.__

United States Bankruptcy Court for the: __Southern District of Indiana__

Case number (If known): __24-00786__

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
Department of Treasury Alcohol Tobacco Tax Trade Bureau

Describe debtor's property that is subject to a lien

All assets

$ 8,629,519.42   $ Undetermined

**Creditor's mailing address**
1310 G Street NW
Washington, DC 20005

Describe the lien
Statutory

**Creditor's email address, if known**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred** 03/11/2024

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

Priorities unknown

**2.2**

**Creditor's name**
Libertas Funding LLC

Describe debtor's property that is subject to a lien

Accounts Receivable

$812,706.91   $1,585,455.27

**Creditor's mailing address**
411 W. Putnam Ave., Ste. 220
Greenwich, CT 06830

Describe the lien
Agreement you made

**Creditor's email address, if known**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

Priorities unknown

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 12,099,305.79

Debtor  Blue Marble Productions, Inc.
        Name

Case number (if known) 24-00786

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** **Creditor's name**
MBV-Midwest LLC

**Creditor's mailing address**

3309 Collins Lane
Louisville, KY 40245

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    | Priorities unknown |

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets

$2,657,079.46    $Undetermined

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.___** **Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    | |

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor      Blue Marble Productions, Inc.                                    Case number *(if known)*___24-00786_____
            ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
            Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Andrew Stosberg<br>c/o Gray Ice Higdon, PLLC<br>3939 Shelbyville Road, Suite 201<br>Louisville, KY, 40207 | Line 2. _3_ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

Debtor    Blue Marble Productions, Inc.

United States Bankruptcy Court for the:    Southern District of Indiana

Case number    24-00786
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Indiana Department of Revenue
Bankruptcy section - MS 108
100 N. Senate Ave. Room N240
Indianapolis, IN, 46204

As of the petition filing date, the claim is: $ Unknown    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account
number _____

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA, 19101-7346

As of the petition filing date, the claim is: $ Unknown    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account
number _____

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**2.3** Priority creditor's name and mailing address
Marion County Treasurer
200 E. Washington St., Ste. 1041
Indianapolis, IN, 46204

As of the petition filing date, the claim is: $ 70,301.05    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2022

Last 4 digits of account
number _____

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Blue Marble Productions, Inc.
          Name

Case number (if known)    24-00786

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address
A-Pallet Company
1305 S. Bedord Street
Indianapolis, IN, 46221

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 50,841.28

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**
Nonpriority creditor's name and mailing address
ABC Packaging Machine Corporation
811 Live Oak Street
Tarpon Springs, FL, 34689

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**
Nonpriority creditor's name and mailing address
AccountedFor
115 W. Tipton Street
Seymour, IN, 47274

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 19,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**
Nonpriority creditor's name and mailing address
Acosta, Luisa
464 Superior Lane, Apt. D
Avon, IN, 46123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee Wages

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**
Nonpriority creditor's name and mailing address
Action Equipment Sales Co., Inc.
5801 S. Harding Street
Indianapolis, IN, 46217

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 4,084.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**
Nonpriority creditor's name and mailing address
ADCO Companies, LTD
3657 Pine Lane
Bessemer, AL, 35022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,050.75

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Blue Marble Productions, Inc.

Name

Case number (if known) 24-00786

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Adobe Inc.
3657 Pine Lane
Bessemer, AL, 35022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 335.90

**3.8** Nonpriority creditor's name and mailing address

AES Indiana
2102 N. Illinois Street
Indianapolis, IN, 46202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31,890.87

**3.9** Nonpriority creditor's name and mailing address

Allied Electronics, Inc.
7151 Jack Newell Blvd., South
Fort Worth, TX, 761118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**3.10** Nonpriority creditor's name and mailing address

Allied Wholesale Electrical Supply
120 N. Lynhurst Drive
Indianapolis, IN, 46224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**3.11** Nonpriority creditor's name and mailing address

Alluvia Platform
400 Rella Blvd., Ste. 302
Suffern, NY, 10901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 249.00

Debtor    Blue Marble Productions, Inc.                                    Case number (if known)  24-00786
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 12  **Nonpriority creditor's name and mailing address**

Alvarez Davila, Jeyner
226 N. Belleview
Indianapolis, IN, 46222

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 13  **Nonpriority creditor's name and mailing address**

Amazon
410 Terry Ave. N.
Seattle, WA, 98109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.** 14  **Nonpriority creditor's name and mailing address**

Anderson Process
8104 Woodland Drive
Indianapolis, IN, 46278

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,391.79

---

**3.** 15  **Nonpriority creditor's name and mailing address**

Anthem, Inc.
120 Monument Circle
Indianapolis, IN, 46204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 61,094.03

---

**3.** 16  **Nonpriority creditor's name and mailing address**

Antunez Hernandez, Alexis Abraham
2945 South Percheron Lane
Indianapolis, IN, 46227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

Debtor   Blue Marble Productions, Inc.                                    Case number (*if known*)   24-00786
               Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Apex Logistics Group
12890 Old Meridian Street, Unit 136
Carmel, IN, 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,485.00

---

**3.18** Nonpriority creditor's name and mailing address

Aqua Systems of Indianapolis
7785 E US Hwy 36
Avon, IN, 46123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 240.75

---

**3.19** Nonpriority creditor's name and mailing address

Ardagh Metal Beverage USA Inc.
10194 Crosspoint Blvd., Ste. 410
Indianapolis, IN, 46256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 626,659.01

---

**3.20** Nonpriority creditor's name and mailing address

Armanino LLP
12657 Alcosta Blvd., Ste. 500
San Ramon, CA, 94583

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 45,422.20

---

**3.21** Nonpriority creditor's name and mailing address

Arrow Container, LLC
5343 Commerce Square Dr.
Indianapolis, IN, 46237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

Debtor _____Blue Marble Productions, Inc._____   Case number *(if known)* ___24-00786___
                 Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

Ascensus, LLC
PO Box 36469
Newark, NJ, 07188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 500.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.23** **Nonpriority creditor's name and mailing address**

Atrius LLC
28 Pristine Pond Dr.
Frisco, TX, 75034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 26,650.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.24** **Nonpriority creditor's name and mailing address**

Autodesk, Inc.
111 McInnis Parkway
San Rafael, CA, 94903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 21.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.25** **Nonpriority creditor's name and mailing address**

Bam Rents
1745 N. Harding Street
Indianapolis, IN, 46202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 92.86

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.26** **Nonpriority creditor's name and mailing address**

Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN, 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 116,095.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor **Blue Marble Productions, Inc.**
Name

Case number *(if known)* 24-00786

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.27** Nonpriority creditor's name and mailing address

BCORE Georgetown Owner LLC
90 Park Avenue, 32nd Floor
New York, NY, 10016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☑ Yes

$ Unknown

---

**3.28** Nonpriority creditor's name and mailing address

Beaty, Sarah
533 Castle Manor Court
Indianapolis, IN, 46214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.29** Nonpriority creditor's name and mailing address

Bergman, Klay
5129 Lemans Drive, Apt. B11
Indianapolis, IN, 46205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.30** Nonpriority creditor's name and mailing address

Beshay, George
1863 Silverton Dr.
Avon, IN, 46123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.31** Nonpriority creditor's name and mailing address

Bevlit, LLC
3266 S. Spring Mountain Blvd.
Pahrump, NV, 89048

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

Debtor  Blue Marble Productions, Inc.                                   Case number (if known) 24-00786
        Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

BevNutra Solutions, LLC
801 S. Olive Ave, Ste. 125
West Palm Beach, FL, 33401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.33** Nonpriority creditor's name and mailing address

BevSource
219 Little Canada Road East
Saint Paul, MN, 55117

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,750,120.00

---

**3.34** Nonpriority creditor's name and mailing address

Bia Diagnostics
480 Hercules Drive, Ste. 101
Colchester, VT, 05446

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 12,390.00

---

**3.35** Nonpriority creditor's name and mailing address

bioMerieux, Inc.
100 Rodolphe Street
Durham, NC, 27712

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 7,157.56

---

**3.36** Nonpriority creditor's name and mailing address

BIOURJA
1500 City West Blvd.
Houston, TX, 77042

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

Debtor    Blue Marble Productions, Inc.                                    Case number *(if known)*    24-00786
_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.37** Nonpriority creditor's name and mailing address

Blue Marble Cocktails, Inc.
1980 Festival Plaza Dr., Ste. 300

Las Vegas, NV, 89135

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,253,403.03

**Basis for the claim:** Intercompany Payable with Blue Marble Cocktails, Inc.

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

Bose McKinney & Evans LLP
111 Monument Circle
Indianapolis, IN, 46204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 311,846.10

**Basis for the claim:** Services

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

Box, Inc.
900 Jefferson Ave.
Redwood City, CA, 94063

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,140.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

Brown, Nathan
14304 Cuppola Drive
Noblesville, IN, 46060

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Employee wages

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

Bulk Spirits
1110 Boca Ciega Isle Drive
Saint Petersburg, FL, 33706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,960.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Blue Marble Productions, Inc. | Case number (if known) | 24-00786 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42  Nonpriority creditor's name and mailing address**

Campbell, James
4709 S 700 E. Waldron
Waldron, IN, 46182

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.43  Nonpriority creditor's name and mailing address**

Canadian Canning, Inc.
101 Dartnell Rd., Unit 2
Hamilton, Ontario
CANADA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 862,733.18

---

**3.44  Nonpriority creditor's name and mailing address**

Caribbean Distillers LLC
4212 West Sevilla Street
Tampa, FL, 33629

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.45  Nonpriority creditor's name and mailing address**

Carleton, Inc.
30 South Sand Rd.
New Britain, PA, 18901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 201.20

---

**3.46  Nonpriority creditor's name and mailing address**

Case, John
3209 Fall Creekway East, Unit A
Indianapolis, IN, 46205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

Debtor __Blue Marble Productions, Inc._____    Case number (if known) __24-00786_____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** **Nonpriority creditor's name and mailing address**

CFT Packaging USA
1033 Butterfield Road
Vernon Hills, IL, 60061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,651.78

---

**3.48** **Nonpriority creditor's name and mailing address**

Chart International, Inc.
407 7th Street NW
New Prague, MN, 56071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,090.34

---

**3.49** **Nonpriority creditor's name and mailing address**

Chase Purchase Card
1 E. Ohio Street, Floor 04
Indianapolis, IN, 46204-1912

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 249,161.33

---

**3.50** **Nonpriority creditor's name and mailing address**

Chaykina, Natalie
7627 Mackell Court
Indianapolis, IN, 46268

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.51** **Nonpriority creditor's name and mailing address**

Chemical Systems, Inc.
1033 3rd Ave. SW, Ste. 116
Carmel, IN, 46032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,292.27

---

Debtor  Blue Marble Productions, Inc.

Name

Case number (if known) 24-00786

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** **Nonpriority creditor's name and mailing address**

CIE
2955 W. Delphi Pike
Marion, IN, 46952

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 305,136.01

---

**3.53** **Nonpriority creditor's name and mailing address**

Cintas
7258 Georgetown Rd.
Indianapolis, IN, 46268

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 42,865.95

---

**3.54** **Nonpriority creditor's name and mailing address**

Citizens Energy
2020 N. Meridian Street
Indianapolis, IN, 46202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.01

---

**3.55** **Nonpriority creditor's name and mailing address**

Clarendon Flavors
2500 Stanley Gault Parkway
Louisville, KY, 40223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 784.26

---

**3.56** **Nonpriority creditor's name and mailing address**

Climax Packaging Machinery
25 Standen Drive
Hamilton, OH, 45015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

Debtor    Blue Marble Productions, Inc.                                        Case number *(if known)*    24-00786
            Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 57   **Nonpriority creditor's name and mailing address**

Columbia Machine, Inc.
25 Standen Drive
Hamilton, OH, 45015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 3,707.30**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 58   **Nonpriority creditor's name and mailing address**

Colyer, Harley
1169 W County Road 300 N
Osgood, IN, 47037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**$ 0.00**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 59   **Nonpriority creditor's name and mailing address**

Comcast
1701 JFK Blvd.
Philadelphia, PA, 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 4,574.06**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 60   **Nonpriority creditor's name and mailing address**

Concentra Medical Centers
5080 Spectrum Drive
Addison, TX, 75001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 139.00**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 61   **Nonpriority creditor's name and mailing address**

Covanta
5080 Spectrum Drive
Addison, TX, 75001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 24,565.52**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Blue Marble Productions, Inc.**                                    Case number *(if known)* __24-00786__
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Daigger
2732 Kuser Rd.
Trenton, NJ, 08691

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Rd.
Wayne, PA, 19087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 1,312.44

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Debow, Jon
4655 Lynnfield Rd., Apt. 927
Indianapolis, IN, 46254

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee wages

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

Diageo Americas Supply Inc
3 World Trade Center

New York, NY, 10007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Litigation Settlement Agreement

$ 1,000,000.00

Date or dates debt was incurred __02/23/2024__

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

Dilling Group Inc.
111 East Mildred Street
Logansport, IN, 46947

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 44,291.15

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Blue Marble Productions, Inc.                                Case number (if known) 24-00786
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67** **Nonpriority creditor's name and mailing address**

Domino Amjet, Inc.
1290 Lakeside Drive
Gurnee, IL, 60031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41,903.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.68** **Nonpriority creditor's name and mailing address**

Duncan Co.
425 Hoover St. NE
Minneapolis, MN, 55413

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.69** **Nonpriority creditor's name and mailing address**

E & H Industrial Services, Inc.
5671 Guion Rd.
Indianapolis, IN, 46254

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 68,941.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.70** **Nonpriority creditor's name and mailing address**

EBM.US, LLC
3312 Pine Hill Trail
Palm Beach Gardens, FL, 33418

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.71** **Nonpriority creditor's name and mailing address**

Egenolf Industrial Group
350 Wisconsin Street
Indianapolis, IN, 46225

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 136,252.12

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____Blue Marble Productions, Inc._____  Case number *(if known)* ___24-00786___
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** **Nonpriority creditor's name and mailing address**

Eldridge, Jory L
3841 Hornickel Dr.
Indianapolis, IN, 46235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.73** **Nonpriority creditor's name and mailing address**

Ellab Validation Solutions
303 E. 17th Ave., Ste. 10
Denver, CO, 80203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 136,252.12

---

**3.74** **Nonpriority creditor's name and mailing address**

Elliott, Marcus
4522 San Gabriel Dr.
Indianapolis, IN, 46268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.75** **Nonpriority creditor's name and mailing address**

eMaint Enterprises LLC
307 Fellowship Rd., Ste. 116
Mount Laurel, NJ, 08054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,885.68

---

**3.76** **Nonpriority creditor's name and mailing address**

EMSL Analytical, Inc.
200 Rt. 130 North
Cinnaminson, NJ, 08077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,610.25

---

Debtor  Blue Marble Productions, Inc.                                    Case number (if known)  24-00786
              Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 77  Nonpriority creditor's name and mailing address**

Enerquip Thermal Solutions
611 North Road
Medford, WI, 54451

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

$ Unknown

---

**3. 78  Nonpriority creditor's name and mailing address**

Entech Fabrications
815 Bonnie Lane
Elk Grove Village, IL, 60007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

$ 14,500.00

---

**3. 79  Nonpriority creditor's name and mailing address**

Faegre Drinker Biddle & Reath LLP
600 96th Street, Ste. 600
Indianapolis, IN, 46240

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

$ 32,556.50

---

**3. 80  Nonpriority creditor's name and mailing address**

FAK Logistics, Inc.
201 W. Main Street
Fort Wayne, IN, 46802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

$ 437.50

---

**3. 81  Nonpriority creditor's name and mailing address**

Fastenal Company
6003 Guion Rd., Ste. A
Indianapolis, IN, 46254

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

$ 3,954.21

---

Debtor  Blue Marble Productions, Inc.
        Name

Case number (*if known*)  24-00786

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

FCX Performance, Inc.
3000 E. 14th Ave.
Columbus, OH, 43219

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,055.55

---

**3.83** Nonpriority creditor's name and mailing address

Ferrum Packaging, Inc.
880 Bahcall Ct.
Waukesha, WI, 53186

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,422.49

---

**3.84** Nonpriority creditor's name and mailing address

Festo Corp.
PO Box 1355
Buffalo, NY, 14240

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 11.58

---

**3.85** Nonpriority creditor's name and mailing address

Filtec
3100 Fujita Street
Torrance, CA, 90505

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.86** Nonpriority creditor's name and mailing address

Firmenich Incorporated
PO Box 5880
Princeton, NJ, 08543

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 986.20

---

Debtor  Blue Marble Productions, Inc.                                  Case number (if known) 24-00786
        Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** **Nonpriority creditor's name and mailing address**

First National Capital
38 Discovery, Ste. 150
Irvine, CA, 92618

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 101,201.40

---

**3.88** **Nonpriority creditor's name and mailing address**

Fisher Scientific Company, LLC
300 Industry Drive
Pittsburgh, PA, 15275

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,378.85

---

**3.89** **Nonpriority creditor's name and mailing address**

Flex-Pac, Inc.
6075 Lakeside Blvd.
Indianapolis, IN, 46278

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 97,721.04

---

**3.90** **Nonpriority creditor's name and mailing address**

Fortis
22790 Heslip Drive
Novi, MI, 48375

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ Unknown

---

**3.91** **Nonpriority creditor's name and mailing address**

Fredericks, Inc. Contractors
5448 W. State Road 132
Pendleton, IN, 46064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ Unknown

---

Debtor **Blue Marble Productions, Inc.**
    Name

Case number *(if known)* **24-00786**

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.92** **Nonpriority creditor's name and mailing address**

Funez, Arlon
3014 Percheron Lane
Indianapolis, IN, 46227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.93** **Nonpriority creditor's name and mailing address**

Garcia Diaz, Blanca Esther
5058 Oakhurst Drive
Indianapolis, IN, 46254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.94** **Nonpriority creditor's name and mailing address**

GHW Waste Services
501 West Raymond Street
Indianapolis, IN, 46225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 36,129.91

---

**3.95** **Nonpriority creditor's name and mailing address**

Gibson, David
3010 N. Colorado Ave.
Indianapolis, IN, 46218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.96** **Nonpriority creditor's name and mailing address**

Givaudan Flavor Corporation
1199 Edison Drive
Cincinnati, OH, 45216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26.98

---

Debtor ___Blue Marble Productions, Inc.___
Name

Case number *(if known)*___24-00786___

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.97** **Nonpriority creditor's name and mailing address**

Glacier Tanks, LLC
1301 NE 144th Street, Ste. 125
Vancouver, WA, 98685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.98** **Nonpriority creditor's name and mailing address**

GoDaddy
12655 W. Jefferson Blvd., Ste. 400
Los Angeles, CA, 90066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 240.00

---

**3.99** **Nonpriority creditor's name and mailing address**

Golden West Ventures, LLC
10215 Santa Monica Blvd.
Century City, CA, 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.100** **Nonpriority creditor's name and mailing address**

Gonzalez, Mayerling Jusneith
5556 Scarlet Ter.
Indianapolis, IN, 46224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.101** **Nonpriority creditor's name and mailing address**

Graphic Packaging International Inc.
1500 Riveredge Parkway NW, Ste. 100
Atlanta, GA, 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,168.83

---

Debtor    Blue Marble Productions, Inc.                    Case number *(if known)*___24-00786___
                    Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 102  **Nonpriority creditor's name and mailing address**

GraphPak
11250 Addison Ave.
Franklin Park, IL, 60131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,849.80

---

**3.** 103  **Nonpriority creditor's name and mailing address**

Green, Lee
8705 Ditch Road
Indianapolis, IN, 46260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 104  **Nonpriority creditor's name and mailing address**

GS1 US, Inc.
7887 Washington Village Drive, Ste. 300
Dayton, OH, 45459

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 650.00

---

**3.** 105  **Nonpriority creditor's name and mailing address**

Hach
PO Box 389
Loveland, CO, 80539

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,345.68

---

**3.** 106  **Nonpriority creditor's name and mailing address**

Harrington Industrial Plastics
3440 Park Davis Cir.
Indianapolis, IN, 46235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

Debtor _____Blue Marble Productions, Inc._____   Case number _(if known)_ __24-00786__
       Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3._107_ Nonpriority creditor's name and mailing address**

Harris & Ford, LLC
9307 E. 56th Street
Indianapolis, IN, 46218

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 23,110.60

---

**3._108_ Nonpriority creditor's name and mailing address**

Heavyweight Waste
17437 Carey Rd., Ste. 164
Westfield, IN, 46074

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,003.00

---

**3._109_ Nonpriority creditor's name and mailing address**

Hernandez, Maria
3527 N. Taft Avenue
Indianapolis, IN, 46222

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3._110_ Nonpriority creditor's name and mailing address**

Heyes Filters
1741 Torrance Blvd., Ste. A
Torrance, CA, 90501

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3._111_ Nonpriority creditor's name and mailing address**

HMH Contractors, Inc.
8432 Brookville Rd.
Indianapolis, IN, 46239

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,954.64

---

Debtor ___Blue Marble Productions, Inc._____
  Name

Case number (if known)___24-00786_____

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 112  **Nonpriority creditor's name and mailing address**

Horner Industrial Group
1521 East Washington Street
Indianapolis, IN, 46201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 113  **Nonpriority creditor's name and mailing address**

Hutchens, Susan
19 East Branch
Brownsburg, IN, 46112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 114  **Nonpriority creditor's name and mailing address**

Hutchison, Tyler
6642 Meadowgreen Dr.
Indianapolis, IN, 46236

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 115  **Nonpriority creditor's name and mailing address**

Hytrol Parts
1450 N. McLean Blvd.
Elgin, IL, 60123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 116  **Nonpriority creditor's name and mailing address**

IFM Efector Inc.
1100 Atwater Drive
Malvern, PA, 19355

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 986.25

---

Debtor  Blue Marble Productions, Inc.                                    Case number *(if known)*  24-00786
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117** Nonpriority creditor's name and mailing address

Impact Networking Indiana, LLC
8888 Keystone Crossing, Ste. 350
Indianapolis, IN, 46240

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ Unknown

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.118** Nonpriority creditor's name and mailing address

Indiana Oxygen Company
6099 West Corporate Way
Indianapolis, IN, 46278

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 105,110.15

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.119** Nonpriority creditor's name and mailing address

Indiana Sugars
911 Virginia Street
Gary, IN, 46401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ Unknown

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.120** Nonpriority creditor's name and mailing address

Indianapolis Chamber of Commerce
111 Monument Circle, Ste. 1950
Indianapolis, IN, 46204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 50.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.121** Nonpriority creditor's name and mailing address

International Flavors & Fragrances Inc.
7800 Holstein Ave.
Philadelphia, PA, 19153

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 7,683.48

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

Debtor _Blue Marble Productions, Inc._____     Case number (if known)_24-00786_____
      Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 122 **Nonpriority creditor's name and mailing address**

Jackson Oil & Solvents
1970 Kentucky Ave.
Indianapolis, IN, 46221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.** 123 **Nonpriority creditor's name and mailing address**

Jarquin Alcantara, Anselmo
4218 Moller Rd.
Indianapolis, IN, 46254

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 124 **Nonpriority creditor's name and mailing address**

Johnson Controls, Inc.
5757 N Green Bay Ave.
Milwaukee, WI, 53201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,409.34

---

**3.** 125 **Nonpriority creditor's name and mailing address**

Johnson-Melloh, Inc.
5925 Stockberger Place
Indianapolis, IN, 46241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 32,557.82

---

**3.** 126 **Nonpriority creditor's name and mailing address**

JP Morgan Chase Bank, N.A.
1 E. Ohio St, Floor 04

Indianapolis, IN, 46204-1912

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☐ No
☑ Yes

Date or dates debt was incurred _05/09/2022_
Last 4 digits of account number _1215_

$ 249,161.33

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 26 of 55

Debtor   Blue Marble Productions, Inc.
         Name                                                    Case number *(if known)*   24-00786

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 127  **Nonpriority creditor's name and mailing address**

Kerry Inc. / Kerry Canada Inc.
3400 Millington Road
Beloit, WI, 53511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ _Unknown_

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 128  **Nonpriority creditor's name and mailing address**

KHS USA, Inc.
880 Bachall Ct.
Waukesha, WI, 53186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ _Unknown_

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 129  **Nonpriority creditor's name and mailing address**

Kirby Risk
27561 Network Place
Chicago, IL, 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 27,026.72

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 130  **Nonpriority creditor's name and mailing address**

Koorsen Fire & Security
2719 N. Arlington Ave.
Indianapolis, IN, 46218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 719.85

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 131  **Nonpriority creditor's name and mailing address**

Lappot, Iridania
2325 Longleaf Ln.
Greenfield, IN, 46140

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Blue Marble Productions, Inc.
        Name
                                            Case number (if known)  24-00786

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132  Nonpriority creditor's name and mailing address**

Lehrman Beverage Law
2911 Hunter Mill Road, Ste. 303
Oakton, VA, 22124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 985.37

---

**3.133  Nonpriority creditor's name and mailing address**

Level365
9130 Otis Ave., #H
Indianapolis, IN, 46216

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,691.25

---

**3.134  Nonpriority creditor's name and mailing address**

Libertas Funding LLC
411 W. Putnam Ave
Suite 220
Greenwich, CT, 06830

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Receivable Factor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    07/26/2023

Last 4 digits of account number    1313

$ 812,706.91

---

**3.135  Nonpriority creditor's name and mailing address**

Lockard, Kenneth
3903 Deer Ridge, Apr. 1B
Indianapolis, IN, 46254

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.136  Nonpriority creditor's name and mailing address**

Lowes
1000 Lowes Blvd.
Mooresville, NC, 28117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

Debtor   Blue Marble Productions, Inc.
         _____          Case number (if known) __24-00786__
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137**  **Nonpriority creditor's name and mailing address**

Luna Martinez, Christian
555 S. Cole Street
Indianapolis, IN, 46241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.138**  **Nonpriority creditor's name and mailing address**

Madison Chemical Co., Inc.
3141 Clifty Drive
Madison, IN, 47250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.139**  **Nonpriority creditor's name and mailing address**

Madrigal, Erminia
5255 Shefford Ct.
Indianapolis, IN, 46254

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.140**  **Nonpriority creditor's name and mailing address**

MakeMyMove
215 E. 38th Street
Indianapolis, IN, 46205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 9,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.141**  **Nonpriority creditor's name and mailing address**

Markem-Imaje Corporation
100 Chastain Center Blvd., Ste. 165
Kennesaw, GA, 30144

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,441.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Debtor  Blue Marble Productions, Inc.
Name

Case number *(if known)* 24-00786

---

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 142  **Nonpriority creditor's name and mailing address**

Mateo Geronimo, Alejandro
310 East Southern Avenue
Indianapolis, IN, 46225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 143  **Nonpriority creditor's name and mailing address**

Mavpak
6330 E. 75th Street, Ste. 168
Indianapolis, IN, 46250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 664,254.06

---

**3.** 144  **Nonpriority creditor's name and mailing address**

Maxim Services LLC
7768 Zionsville Rd., Ste. 150
Indianapolis, IN, 46268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,555.51

---

**3.** 145  **Nonpriority creditor's name and mailing address**

Mays Chemical Co. Inc.
5611 E. 71st Street
Indianapolis, IN, 46220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,943.52

---

**3.** 146  **Nonpriority creditor's name and mailing address**

McAlister's Deli
5620 Glenridge Drive NE
Atlanta, GA, 30342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 191.07

---

Debtor    Blue Marble Productions, Inc.
          _____
          Name

Case number (if known)  24-00786
                        _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 147  **Nonpriority creditor's name and mailing address**

Melika, Tahany
2178 Littlebury Rd.
Westfield, IN, 46074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.** 148  **Nonpriority creditor's name and mailing address**

Merieux NutriSciences
401 N. Michigan Ave., Ste. 1400
Chicago, IL, 60611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 41,952.21

---

**3.** 149  **Nonpriority creditor's name and mailing address**

Metal Supermarket Indy West
5228 W 79th Street
Indianapolis, IN, 46268

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 6,102.11

---

**3.** 150  **Nonpriority creditor's name and mailing address**

Miami Cocktail Company, Inc.
2750 NW 3rd Avenue #16
Miami, FL, 33127

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ Undetermined

---

**3.** 151  **Nonpriority creditor's name and mailing address**

Microbac Laboratories, Inc.
1 Allegheny Square, Ste. 400
Pittsburgh, PA, 15212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 34,219.86

---

Debtor  Blue Marble Productions, Inc.
        Name                                                    Case number (*if known*)  24-00786

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**152  **Nonpriority creditor's name and mailing address**

Microsoft Office
One Microsoft Way
Redmond, WA, 98052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 90.14

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**153  **Nonpriority creditor's name and mailing address**

Midwest Garage Door Systems Inc.
437 E Stop 18 Rd.
Greenwood, IN, 46143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 271.09

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**154  **Nonpriority creditor's name and mailing address**

Miller, Benjamin
906 East Auman Drive
Carmel, IN, 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee wages

$ 0.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**155  **Nonpriority creditor's name and mailing address**

Miller, Benjamin
906 East Auman Drive
Carmel, IN, 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee wages

$ 0.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**156  **Nonpriority creditor's name and mailing address**

Miller, Katherine
906 East Auman Drive
Carmel, IN, 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee wages

$ 0.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Blue Marble Productions, Inc.
Name                                                    Case number *(if known)*   24-00786

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.157** Nonpriority creditor's name and mailing address

MJ Insurance
571 Monon Blvd., Ste. 400
Carmel, IN, 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

$ 2,585.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.158** Nonpriority creditor's name and mailing address

Mobile Mini Solution
2301 S. Holt Rd.
Indianapolis, IN, 46241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,305.07

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.159** Nonpriority creditor's name and mailing address

Motion Industries, Inc.
1605 Alton Rd.
Birmingham, AL, 35210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.160** Nonpriority creditor's name and mailing address

Murrell, Isaac
6109 E. Robert St.
Muncie, IN, 47303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.161** Nonpriority creditor's name and mailing address

Nalco Company LLC
1601 West Delhi Road
Naperville, IL, 60563

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 112,482.84

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor ___Blue Marble Productions, Inc.___
    Name

Case number (*if known*) ___24-00786___

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** Nonpriority creditor's name and mailing address

Neace Construction Services Inc.
94 Victory Hill
Coatesville, IN, 46121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 77,148.31

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.163** Nonpriority creditor's name and mailing address

Nelson-Jameson Inc.
3200 S. Central Ave.
Marshfield, WI, 54449

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ Unknown

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.164** Nonpriority creditor's name and mailing address

Newjac Industrial Fire Protection
415 South Grant Street
Lebanon, IN, 46052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,766.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.165** Nonpriority creditor's name and mailing address

Norflex, Inc.
720 Norflex Drive
Hudson, WI, 54016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 10,082.67

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.166** Nonpriority creditor's name and mailing address

nVenia LLC
750 N. Wood Dale Rd.
Wood Dale, IL, 60191

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,604.92

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Blue Marble Productions, Inc.                          Case number (if known)  24-00786
        Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 167   **Nonpriority creditor's name and mailing address**

OCS Process Systems
24142 Detroit Rd.
Westlake, OH, 44145

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 708.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 168   **Nonpriority creditor's name and mailing address**

Office Depot
6600 N. Military Trail
Boca Raton, FL, 33449

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 169   **Nonpriority creditor's name and mailing address**

Oliphant, Wayne
603 S. Oak St.
Fortville, IN, 46040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 170   **Nonpriority creditor's name and mailing address**

Ordenana Averruz, Kathy
5046 W. 36th Ter.
Indianapolis, IN, 46224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 171   **Nonpriority creditor's name and mailing address**

Orkin
2170 Piedmont Rd. NE
Atlanta, GA, 30324

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,434.67

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Blue Marble Productions, Inc.                          Case number (if known)  24-00786
         Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.172   Nonpriority creditor's name and mailing address**

Pacheco Antunez, Jayron Javier
3014 Percheron Ln.
Indianapolis, IN, 46227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173   Nonpriority creditor's name and mailing address**

Padilla, Karola
4965 Rue Vallee, Apt. 39
Indianapolis, IN, 46227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174   Nonpriority creditor's name and mailing address**

Padilla, Maryeli
4725 Madison Ave., Apt. 19
Indianapolis, IN, 46227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175   Nonpriority creditor's name and mailing address**

Patty, Bryce
12624 Feldspar Rd.
Indianapolis, IN, 46236

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176   Nonpriority creditor's name and mailing address**

Pelfrey, Brian
1020 N. Euclid Ave.
Indianapolis, IN, 46201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Blue Marble Productions, Inc.                              Case number *(if known)*  24-00786
_____
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 177   **Nonpriority creditor's name and mailing address**

Penske
2675 Morgantown Rd.
Reading, PA, 19607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 27,587.98

---

**3.** 178   **Nonpriority creditor's name and mailing address**

Perez, Alexis
1747 Morgan St.
Indianapolis, IN, 46221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 179   **Nonpriority creditor's name and mailing address**

Pioneer Packaging LLC
218 E. Lincoln Ave.
Portland, IN, 47371

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 60,499.86

---

**3.** 180   **Nonpriority creditor's name and mailing address**

Polanco Montoya, Freddy
4859 Oakwood Trail
Indianapolis, IN, 46268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 181   **Nonpriority creditor's name and mailing address**

Ponce Gomez, Leodan Ernesto
4514 Brookhollow, Apt. 270
Indianapolis, IN, 46254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

Debtor  Blue Marble Productions, Inc.
Name

Case number (if known) 24-00786

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.182** Nonpriority creditor's name and mailing address

Pratt Industries
3155 State Road 49
Valparaiso, IN, 46383

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,349.48

---

**3.183** Nonpriority creditor's name and mailing address

Precision Door Service
14560 Bergen Blvd., Ste. 100
Noblesville, IN, 46060

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 188.00

---

**3.184** Nonpriority creditor's name and mailing address

Pulido Jarquin, Elvita Ruth
3130 Normandy Rd.
Indianapolis, IN, 46222

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee wages

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.185** Nonpriority creditor's name and mailing address

Quay, John
6905 Hague Road
Indianapolis, IN, 46256

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee wages

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.186** Nonpriority creditor's name and mailing address

R&S Sewer Company
PO Box 51706
Indianapolis, IN, 46251

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 113.00

---

Debtor  Blue Marble Productions, Inc.
_____
Name

Case number *(if known)* __24-00786__

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.__187__** Nonpriority creditor's name and mailing address

Reyes Rodriguez, Amner
5564 Scarlet Terrace
Indianapolis, IN, 46224

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee wages

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__188__** Nonpriority creditor's name and mailing address

Rivas, Elmer
6121 Ipswich Ct.
Indianapolis, IN, 46254

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee wages

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__189__** Nonpriority creditor's name and mailing address

Rivera, Tamara
3116 Lincoln Rd., Apt. A
Indianapolis, IN, 46222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee wages

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__190__** Nonpriority creditor's name and mailing address

RM Auctions
PO Box 1055
Mount Carmel, IL, 62863

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 393.24

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__191__** Nonpriority creditor's name and mailing address

Robert-James Sales, Inc.
2832 Rand Rd.
Indianapolis, IN, 46241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Blue Marble Productions, Inc.                                    Case number *(if known)*  24-00786
_____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 192  **Nonpriority creditor's name and mailing address**

Rodem Process Equipment
10001 Martins Way
Harrison, OH, 45030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,481.39

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 193  **Nonpriority creditor's name and mailing address**

Rodriguez Gonzalez, Daneyling Lisseth
5566 Scarlet Ter.
Indianapolis, IN, 46224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 194  **Nonpriority creditor's name and mailing address**

RS Industrial, Inc.
1060 Parkway Industrial Park Drive
Buford, GA, 30518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,603.52

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 195  **Nonpriority creditor's name and mailing address**

Rugama, Cruz
6413 Mission Ter., Apt. B
Indianapolis, IN, 46254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 196  **Nonpriority creditor's name and mailing address**

Rugama, Jairo
46 S. Tuxedo Street
Indianapolis, IN, 46201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Blue Marble Productions, Inc.          Case number (if known)  24-00786
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**197  **Nonpriority creditor's name and mailing address**

Sadler Mechanical
6120 South Harding Street
Indianapolis, IN, 46217

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 102,125.60

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**198  **Nonpriority creditor's name and mailing address**

Sale, Michael
3204 Wayside Lane
Anderson, IN, 46011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**199  **Nonpriority creditor's name and mailing address**

Sapphire
405 Lexington Ave.
New York, NY, 10174

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 69,252.80

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**200  **Nonpriority creditor's name and mailing address**

Sazerac Company Inc.
10101 Linn Station Rd.
Louisville, KY, 40223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 31,704.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**201  **Nonpriority creditor's name and mailing address**

Schubert North America, LLC
8848 Red Oak Blvd.
Charlotte, NC, 28217

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 30,171.51

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Blue Marble Productions, Inc.
_____   Case number *(if known)*  24-00786
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 202  **Nonpriority creditor's name and mailing address**

SensrTrx
7777 Bonhomme Ave., Ste. 1800
Saint Louis, MO, 63105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 17,720.00

**Is the claim subject to offset?**

Date or dates debt was incurred _____   ☑ No
Last 4 digits of account number _____   ☐ Yes

---

**3.** 203  **Nonpriority creditor's name and mailing address**

ServiceMASTER
2851 N. Webster Ave.
Indianapolis, IN, 46219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,790.00

**Is the claim subject to offset?**

Date or dates debt was incurred _____   ☑ No
Last 4 digits of account number _____   ☐ Yes

---

**3.** 204  **Nonpriority creditor's name and mailing address**

Sewer or Septic Services
17220 Harger Ct.
Noblesville, IN, 46060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,232.78

**Is the claim subject to offset?**

Date or dates debt was incurred _____   ☑ No
Last 4 digits of account number _____   ☐ Yes

---

**3.** 205  **Nonpriority creditor's name and mailing address**

Silguero, Roberto
3046 Wintersong Dr.
Indianapolis, IN, 46241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

**Is the claim subject to offset?**

Date or dates debt was incurred _____   ☑ No
Last 4 digits of account number _____   ☐ Yes

---

**3.** 206  **Nonpriority creditor's name and mailing address**

Smith, Jeffrey
1912 King Ave.
Indianapolis, IN, 46222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

**Is the claim subject to offset?**

Date or dates debt was incurred _____   ☑ No
Last 4 digits of account number _____   ☐ Yes

Debtor  Blue Marble Productions, Inc.                                   Case number *(if known)* 24-00786
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.207** Nonpriority creditor's name and mailing address

Snagajob.com Inc.
32978 Collections Center Dr.
Chicago, IL, 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 89.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.208** Nonpriority creditor's name and mailing address

Sola Canales, Jefry
4514 Brook Hollow Blvd., Apt. 270
Indianapolis, IN, 46254

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.209** Nonpriority creditor's name and mailing address

Sovereign Flavors
4030 W. Chandler Ave.
Santa Ana, CA, 92704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,347.17

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.210** Nonpriority creditor's name and mailing address

Soza Hernandez, Elvin Daniel
3130 Normandy Rd., Apt. 34
Indianapolis, IN, 46222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.211** Nonpriority creditor's name and mailing address

Soza, Carlos
4665 Edwardian Circle, Apt. 1A
Indianapolis, IN, 46254

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   Blue Marble Productions, Inc.
         _____   Case number (if known) 24-00786
         Name

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3. 212**   **Nonpriority creditor's name and mailing address**

Soza, Josue
3116 Lincoln Rd., Apt. A
Indianapolis, IN, 46222

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3. 213**   **Nonpriority creditor's name and mailing address**

Spurlock, Kierceton
9186 Cinnebar Dr.
Indianapolis, IN, 46268

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3. 214**   **Nonpriority creditor's name and mailing address**

Squid Ink Manufacturing Inc.
7041 Boone Ave. N.
Minneapolis, MN, 55428

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,293.99

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3. 215**   **Nonpriority creditor's name and mailing address**

Stanley Convergent Security Solutions, Inc.
8350 Sunlight Drive
Fishers, IN, 46037

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 33,250.81

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3. 216**   **Nonpriority creditor's name and mailing address**

Statco-DSI
4678 World Parkway Circle
Saint Louis, MO, 63134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,891.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

Debtor  Blue Marble Productions, Inc.                              Case number (if known)  24-00786
        Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217   Nonpriority creditor's name and mailing address**

Sterling, Joseph
1325 N. Colorado Ave.
Indianapolis, IN, 46201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.218   Nonpriority creditor's name and mailing address**

Stewart's Enterprises, Inc.
1 Margaret Place
Monmoth Beach, NJ, 21044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219   Nonpriority creditor's name and mailing address**

Stonebriar Commercial Finance LLC
5601 Granite Parkway, Suite 1350
Plano, TX, 75024

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.220   Nonpriority creditor's name and mailing address**

Storage Solutions, Inc.
910 E. 169th Street
Westfield, IN, 46074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 27,453.08

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.221   Nonpriority creditor's name and mailing address**

System Scale Corporation
4393 West 96th Street
Indianapolis, IN, 46268

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 433.70

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Blue Marble Productions, Inc._____    Case number *(if known)* ___24-00786___
     Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.222**   **Nonpriority creditor's name and mailing address**

Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN, 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.223**   **Nonpriority creditor's name and mailing address**

Taylor, Marco
1942 Moray Court East, Apt. M
Indianapolis, IN, 46260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.224**   **Nonpriority creditor's name and mailing address**

Techniblend
21800 Doral Rd.
Waukesha, WI, 53186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,871.76

---

**3.225**   **Nonpriority creditor's name and mailing address**

Teledyne Taptone
49 Edgerton Drive
North Falmouth, MA, 02556

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 17,937.98

---

**3.226**   **Nonpriority creditor's name and mailing address**

Tex, Laura
322 S. Parker Ave.
Indianapolis, IN, 46201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

Debtor  Blue Marble Productions, Inc.                          Case number (*if known*)  24-00786
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.227** Nonpriority creditor's name and mailing address

TForce Freight
28013 Network Place
Chicago, IL, 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 601.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.228** Nonpriority creditor's name and mailing address

The Millcraft Paper Company
6800 Grant Ave.
Cleveland, OH, 44105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 44,105.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.229** Nonpriority creditor's name and mailing address

TMCI PADOVAN
Via Padovan 1
31010 Mareno di Piave TV
Italy

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 15,134.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.230** Nonpriority creditor's name and mailing address

Tri-State Compressed Air Systems, Inc.
1608 Eisenhower Drive S.
Goshen, IN, 46526

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 6,888.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.231** Nonpriority creditor's name and mailing address

Tynan Equipment Company
5926 Stockberger Pl.
Indianapolis, IN, 46241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,041.09

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Blue Marble Productions, Inc.          Case number *(if known)*  24-00786
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232  Nonpriority creditor's name and mailing address**

ULINE
PO Box 88741
Chicago, IL, 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,437.63

---

**3.233  Nonpriority creditor's name and mailing address**

UPS
55 Glenlake Pkwy. NE
Atlanta, GA, 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,167.82

---

**3.234  Nonpriority creditor's name and mailing address**

Valencia Diaz, Pedro Abdon
136 Neal Ave.
Indianapolis, IN, 46222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.235  Nonpriority creditor's name and mailing address**

Veloz Lluveres, Pedro
13826 N. Tiosa Ln.
Camby, IN, 46113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.236  Nonpriority creditor's name and mailing address**

Verst Group Logistics, Inc.
300 Shoreland Drive
Walton, KY, 41094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 995.00

---

Debtor    Blue Marble Productions, Inc.
          Name                                           Case number (if known)    24-00786

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.**237  **Nonpriority creditor's name and mailing address**

Vision One Partners, LLC
1 Gracie Square
New York, NY, 10028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consulting

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 105,602.55

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.**238  **Nonpriority creditor's name and mailing address**

Vital Records Control
3940 Technology Dr.
Maumee, OH, 43537

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 869.03

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.**239  **Nonpriority creditor's name and mailing address**

W.M. Sprinkman LLC
404 Pilot Court
Waukesha, WI, 53188

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,285.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.**240  **Nonpriority creditor's name and mailing address**

W.W. Grainger, Inc.
9610 Corporation Drive
Indianapolis, IN, 46256

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.**241  **Nonpriority creditor's name and mailing address**

Washington, Benny
1945 Bradford Trace Way
Indianapolis, IN, 46229

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor   Blue Marble Productions, Inc.                                    Case number *(if known)*   24-00786
                Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 242  **Nonpriority creditor's name and mailing address**

Waste Management
PO Box 3020
Monroe, WI, 53566

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 53,783.55

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 243  **Nonpriority creditor's name and mailing address**

Weber, Caleb
1450 Rockingham Pl., Apt. B
Indianapolis, IN, 46260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 244  **Nonpriority creditor's name and mailing address**

Wehrman, William
2474 E County Road 600 N
Pittsboro, IN, 46167

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 245  **Nonpriority creditor's name and mailing address**

Wesco
225 W. Station Square Drive
Pittsburgh, PA, 15219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,233.84

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 246  **Nonpriority creditor's name and mailing address**

Westrock - Automated PKG System
1000 Abernathy Road NE
Atlanta, GA, 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,174.80

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Debtor _____Blue Marble Productions, Inc._____  Case number *(if known)*___24-00786____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 247 **Nonpriority creditor's name and mailing address**

WestRock - Multi Packaging Solutions Inc.
75 Remittance Dr., Ste. 3111
Chicago, IL, 60675

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 424,453.95

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 248 **Nonpriority creditor's name and mailing address**

White, Renato
4163 Mission Dr., Apt. D
Indianapolis, IN, 46254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 249 **Nonpriority creditor's name and mailing address**

Wiese USA
4549 W. Bradbury Ave.
Indianapolis, IN, 46241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 468.01

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 250 **Nonpriority creditor's name and mailing address**

William Blair & Company LLC
150 N. Riverside Plaza
Chicago, IL, 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 17,990.77

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 251 **Nonpriority creditor's name and mailing address**

Zavala, Eduardo
4514 Brookhollow Blvd., Apt. 270
Indianapolis, IN, 46254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor    Blue Marble Productions, Inc.
_____
Name

Case number (if known) __24-00786__

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 252  **Nonpriority creditor's name and mailing address**

Zeco, LLC
412 Georgia Ave., Ste. 300
Chattanooga, TN, 37403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,909.10

---

**3.** 253  **Nonpriority creditor's name and mailing address**

Zelaya, Iviss
517 Steinbeck Pl.
Carmel, IN, 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.____** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$_____

---

**3.____** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$_____

---

**3.____** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$_____

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 52 of 55

Debtor    Blue Marble Productions, Inc.                                    Case number (if known) 24-00786
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Alex Layton<br>Dinsmore & Shohl LLP<br>One Indiana Square, Suite 1800<br>Indianapolis, IN, 46204 | Line 3.89<br>☐ Not listed. Explain: | _____ |
| 4.2. | Christopher McElwee<br>Monday McElwee Albright<br>1915 Broad Ripple Avenue<br>Indianapolis, IN, 46220 | Line 3.107<br>☐ Not listed. Explain | _____ |
| 4.3. | David Herzog<br>c/o Hoover Hull Turner LLP<br>111 Monument Circle, Suite 4400<br>Indianapolis, IN, 46204 | Line 3.218<br>☐ Not listed. Explain | _____ |
| 4.4. | Deborah Caruso<br>c/o Rubin & Levin, P.C.<br>135 N. Pennsylvania St, Suite 1400<br>Indianapolis, IN, 46204 | Line 3.33<br>☐ Not listed. Explain | _____ |
| 41. | Deborah Caruso<br>c/o Rubin & Levin, P.C.<br>135 N. Pennsylvania St, Suite 1400<br>Indianapolis, IN, 46204 | Line 3.19<br>☐ Not listed. Explain | _____ |
| 4.5. | Deborah Caruso<br>c/o Rubin & Levin, P.C.<br>135 N. Pennsylvania St, Suite 1400<br>Indianapolis, IN, 46204 | Line 3.228<br>☐ Not listed. Explain | _____ |
| 4.6. | Joel Nesset<br>c/o Cozen O'Connor<br>33 S. 6th Street Suite 3800<br>Minneapolis, MN, 55402 | Line 3.33<br>☐ Not listed. Explain | _____ |
| 4.7. | Mark Mester<br>c/o Latham & Watkins LLP<br>330 North Wabash Ave., Ste. 2800<br>Chicago, IL, 60611 | Line 3.150<br>☐ Not listed. Explain | _____ |
| 4.8. | Meredith R. Theisen<br>c/o Rubin & Levin, P.C.<br>135 N. Pennsylvania Street Ste 1400<br>Indianapolis, IN, 46204 | Line 3.33<br>☐ Not listed. Explain | _____ |
| 4.9. | Meredith R. Theisen<br>c/o Rubin & Levin, P.C.<br>135 N. Pennsylvania Street Ste 1400<br>Indianapolis, IN, 46204 | Line 3.19<br>☐ Not listed. Explain | _____ |
| 4.10. | Meredith R. Theisen<br>c/o Rubin & Levin, P.C.<br>135 N. Pennsylvania Street Ste 1400<br>Indianapolis, IN, 46204 | Line 3.228<br>☐ Not listed. Explain | _____ |
| 4.11. | Michael Rabinowitch<br>c/o Dinsmore & Shohl LLP<br>One Indiana Square, Suite 1800<br>Indianapolis, IN, 46204 | Line 3.89<br>☐ Not listed. Explain | _____ |

Debtor    Blue Marble Productions, Inc.                              Case number *(if Known)*    24-00786
           Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__13__ Molly Elizabeth Harkins<br>c/o Hoover Hull Turner LLP<br>111 Monument Circle, Suite 4400<br>Indianapolis, IN, 46204 | Line _3.218_<br>☐ Not listed. Explain | _____ |
| 4.__14__ Sean White<br>c/o Clapp Ferrucci<br>8766 South Street, Suite 210<br>Fishers, IN, 46038 | Line _3.1_<br>☐ Not listed. Explain | _____ |
| 4.__15__ Steven Lammers<br>c/o Mandel Rauch & Lammers, PC<br>704 Adams Street, Suite F<br>Carmel, IN, 46032 | Line _3.66_<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain _____ | _____ |

Debtor    Blue Marble Productions, Inc.    Case number *(if known)*  24-00786
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|-----------------------------------------------------------------|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 70,301.05 |
| 5b. **Total claims from Part 2** | 5b.  **+** | $ 25,078,325.86 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 25,148,626.91 |

**Fill in this information to identify the case:**

Debtor name ___Blue Marble Productions, Inc.___

United States Bankruptcy Court for the: __Southern District of Indiana__

Case number (If known): __24-00786_____    Chapter __7___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Sub-Sublease Agreement<br>Lessor | MBV-Midwest LLC<br>3309 Collins Lane<br><br>Louisville, KY, 40245 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Equipment Sub-Sublease Agreement<br>Lessor | MBV-Midwest LLC<br>3309 Collins Lane<br><br>Louisville, KY, 40245 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lease Agreement<br>Lessee | BCORE Georgetown Owner LLC<br>90 Park Avenue, 32nd Floor<br>New York, NY, 10016 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Sublease Agreement<br>Lessee | MBV-Midwest LLC<br>3309 Collins Lane<br><br>Louisville, KY, 40245 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Equipment Sublease Agreement<br>Lessee | MBV-Midwest LLC<br>3309 Collins Lane<br><br>Louisville, KY, 40245 |

Debtor  Blue Marble Productions, Inc.
_____
Name

Case number (if known) __24-00786__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number o any government contract** | Residual Property Lease and Storage Agreement<br>Lessor | MBV-Midwest LLC<br>3309 Collins Lane<br><br>Louisville, KY, 40245 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Supply / Co-Packing Agreements (5) subject to confidentiality / NDA provisions | Various |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Equipment Lease (Printer)<br>Lessee | Impact Networking Indiana, LLC<br>8888 Keystone Crossing, Ste. 350<br>Indianapolis, IN, 46240 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Bulk Liquid Gas Service Agreement<br>Purchaser | Indiana Oxygen Company<br>6099 West Corporate Way<br>Indianapolis, IN, 46278 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Short Term Rental Agreement (Forklifts)<br>Lessee | Wiese USA<br>4549 W. Bradbury Ave.<br>Indianapolis, IN, 46241 |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name   Blue Marble Productions, Inc. |
| United States Bankruptcy Court for the:   Southern District of Indiana |
| Case number (If known):   24-00786 |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                                              12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Blue Marble Cocktails, Inc. | 112 North Curry Street Carson City, NV 89703 | Libertas Funding LLC | ☑ D ☐ E/F ☐ G |
| 2.2 AMD Group LLC | 3570 South Spring Mountain Pahrump, NV 89048 | Libertas Funding LLC | ☑ D ☐ E/F ☐ G |
| 2.3 Alan Miller | 3266 S. Spring Mountain Blvd. Pahrump, NV 89048 | Libertas Funding LLC | ☑ D ☐ E/F ☐ G |
| 2.4 Alan Miller, LLC | 415 N. Benton Ave. Helena, MT 59601 | Libertas Funding LLC | ☑ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |