# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: <br><br> BLUE MARBLE PRODUCTIONS, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-00786-JMC-7 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Meredith R. Theisen, of the law firm of Rubin & Levin, P.C., pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure and S.D.Ind. B-9010-1, hereby enters her appearance on behalf of Gregory S. Fehribach, the chapter 7 trustee in this case.

Respectfully submitted,

RUBIN & LEVIN, P.C.

Dated: May 9, 2024

*/s/ Meredith R. Theisen*
    Meredith R. Theisen

Meredith R. Theisen, Esq.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 860-2877
Facsimile: (317) 453-8602
Email: mtheisen@rubin-levin.net

*Proposed Counsel for Gregory S. Fehribach, Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2024 a copy of the foregoing *Notice of Appearance and Request for Service* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Gregory S. Fehribach    mjurkiewicz@thefehribachgroup.com, mbfehribach@thefehribachgroup.com;GF@trustesolutions.net
Michael W. Hile    mhile@jacobsonhile.com, assistant@jacobsonhile.com
Andrew T Kight    akight@jhklegal.com, assistant@jhklegal.com;akight@ecf.courtdrive.com
Joel Nesset    jnesset@cozen.com
Andrew D Stosberg    astosberg@grayice.com, jkelly@grayice.com
Martin Tucker    martin.tucker@dinsmore.com, rosetta.mitchell@dinsmore.com;sara.johnston@dinsmore.com;jennifer.pitcock@dinsmore.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I further certify that on May 9, 2024, a copy of the foregoing *Notice of Appearance and Request for Service* was mailed by first-class U.S. Mail, postage prepaid, or electronic mail as indicated and properly addressed to the following:

None.

*/s/ Meredith R. Theisen*
Meredith R. Theisen

G:\WP80\TRUSTEE\Fehribach\Blue Marble-87712001\Drafts\appearance - mrt.docx