SO ORDERED: June 3, 2024.



**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SGENERIC (rev 01/2024)

In re:

**Blue Marble Productions, Inc.**,          Case No. **24–00786–JMC–7**
    Debtor.

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

A Motion to Appear Pro Hac Vice was filed on May 31, 2024, by William F. Saldutti IV.

**IT IS ORDERED** that the Motion to Appear Pro Hac Vice is **GRANTED**.

Attorney for Creditor Canadian Canning, Inc. must distribute this order.

###