United States Bankruptcy Court

Southern District of Indiana

In re:                                                                                         Case No. 24-00786-JMC

Blue Marble Productions, Inc.                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0756-1                    User: admin                        Page 1 of 7

Date Rcvd: Jun 27, 2024               Form ID: SF07043                    Total Noticed: 274

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Blue Marble Productions, Inc., 7520 Georgetown Rd, Suite B, Indianapolis, IN 46268-4131 |
| ptcrd | + | Ardagh Metal Packaging USA Corp., 8770 W. Bryn Mawr Avenue, Suite 800, Chicago, IL 60631-3515 |
| ptcrd | + | BevSource, Inc., 219 Little Canada Road East, Suite 100, Saint Paul, MN 55117-1456 |
| cr | | Canadian Canning, Inc., 101 Dartnall Road, Units 1 & 2, Hamilton, ON, CANADA |
| cr | + | Flex-Pac, Inc., c/o Martin B. Tucker, Esq., Dinsmore & Shohl LLP, 100 West Main Street, Suite 900 Lexington, KY 40507-1839 |
| ptcrd | + | The Millcraft Paper Company, 9010 Rio Nero Dr., Independence, OH 44131-5502 |
| 16891472 | + | A-Pallet Company, 1305 S. Bedord Street, Indianapolis, IN 46221-1409 |
| 16891473 | + | ABC Packaging Machine Corporation, 811 Live Oak Street, Tarpon Springs, FL 34689-4199 |
| 16891479 | + | AES Indiana, 2102 N. Illinois Street, Indianapolis, IN 46202-1330 |
| 16891488 | + | AMD Group LLC, 3570 South Spring Mountain, Pahrump, NV 89048-6970 |
| 16891474 | + | AccountedFor, 115 W. Tipton Street, Seymour, IN 47274-2343 |
| 16891475 | + | Acosta, Luisa, 464 Superior Lane, Apt. D, Avon, IN 46123-7878 |
| 16891476 | + | Action Equipment Sales Co., Inc., 5801 S. Harding Street, Indianapolis, IN 46217-9527 |
| 16891478 | + | Adobe Inc., 3657 Pine Lane, Bessemer, AL 35022-5641 |
| 16891480 | + | Alan Miller, 3266 S. Spring Mountain Blvd., Pahrump, NV 89048-6968 |
| 16891481 | + | Alan Miller, LLC, 415 N. Benton Ave., Helena, MT 59601-5041 |
| 16891482 | + | Alex Layton, Dinsmore & Shohl LLP, One Indiana Square, Suite 1800, Indianapolis, IN 46204-2019 |
| 16891483 | + | Allied Electronics, Inc., 7151 Jack Newell Blvd., South, Fort Worth, TX 76118-7037 |
| 16891484 | + | Allied Wholesale Electrical Supply, 120 N. Lynhurst Drive, Indianapolis, IN 46224-8821 |
| 16891485 | + | Alluvia Platform, 400 Rella Blvd., Ste. 302, Suffern, NY 10901-4239 |
| 16891486 | + | Alvarez Davila, Jeyner, 226 N. Belleview, Indianapolis, IN 46222-5399 |
| 16891489 | + | Anderson Process, 8104 Woodland Drive, Indianapolis, IN 46278-1347 |
| 16891490 | + | Andrew Stosberg, c/o Gray Ice Higdon, PLLC, 3939 Shelbyville Road, Suite 201, Louisville, KY 40207-3132 |
| 16891492 | + | Antunez Hernandez, Alexis Abraham, 2945 South Percheron Lane, Indianapolis, IN 46227-9116 |
| 16891493 | + | Apex Logistics Group, 12890 Old Meridian Street, Unit 136, Carmel, IN 46032-8889 |
| 16891494 | + | Aqua Systems of Indianapolis, 7785 E US Hwy 36, Avon, IN 46123-7973 |
| 16891495 | + | Ardagh Metal Beverage USA Inc., 10194 Crosspoint Blvd., Ste. 410, Indianapolis, IN 46256-3337 |
| 16891496 | + | Armanino LLP, 12657 Alcosta Blvd., Ste. 500, San Ramon, CA 94583-4406 |
| 16891498 | + | Ascensus, LLC, PO Box 36469, Newark, NJ 07188-6406 |
| 16891499 | + | Atrius LLC, 28 Pristine Pond Dr., Frisco, TX 75034-1935 |
| 16891503 | + | BCORE Georgetown Owner LLC, 90 Park Avenue, 32nd Floor, New York, NY 10016-1316 |
| 16891512 | + | BIOURJA, 1500 City West Blvd., Houston, TX 77042-2558 |
| 16891501 | + | Bam Rents, 1745 N. Harding Street, Indianapolis, IN 46202-2023 |
| 16891502 | + | Barnes & Thornburg, 11 South Meridian Street, Indianapolis, IN 46204-3535 |
| 16891504 | + | Beaty, Sarah, 533 Castle Manor Court, Indianapolis, IN 46214-3633 |
| 16891505 | + | Bergman, Klay, 5129 Lemans Drive, Apt. B11, Indianapolis, IN 46205-5230 |
| 16891506 | + | Beshay, George, 1863 Silverton Dr., Avon, IN 46123-5332 |
| 16891508 | + | BevNutra Solutions, LLC, 801 S. Olive Ave, Ste. 125, West Palm Beach, FL 33401-6135 |
| 16891509 | + | BevSource, 219 Little Canada Road East, Saint Paul, MN 55117-1325 |
| 16891507 | + | Bevlit, LLC, 3266 S. Spring Mountain Blvd., Pahrump, NV 89048-6968 |
| 16891510 | + | Bia Diagnostics, 480 Hercules Drive, Ste. 101, Colchester, VT 05446-5948 |

District/off: 0756-1 | User: admin | Page 2 of 7
Date Rcvd: Jun 27, 2024 | Form ID: SF07043 | Total Noticed: 274

+ Blue Marble Cocktails, Inc., 1980 Festival Plaza Drive, Suite 300, Las Vegas, NV 89135-2930
+ Blue Marble Cocktails, Inc., 1980 Festival Plaze Dr., Ste. 300, Las Vegas, NV 89135-2930
+ Blue Marble Cocktails, Inc., 112 North Curry Street, Carson City, NV 89703-4934
+ Bose McKinney & Evans LLP, 111 Monument Circle, Indianapolis, IN 46204-5120
+ Box, Inc., 900 Jefferson Ave., Redwood City, CA 94063-1837
+ Brown, Nathan, 14304 Cuppola Drive, Noblesville, IN 46060-7252
+ Bulk Spirits, 1110 Boca Ciega Isle Drive, Saint Petersburg, FL 33706-2544
+ CFT Packaging USA, 1033 Butterfield Road, Vernon Hills, IL 60061-1360
+ CIE, 2955 W. Delphi Pike, Marion, IN 46952-9265
Campbell, James, 4709 S 700 E. Waldron, Waldron, IN 46182
Canadian Canning, Inc., 101 Dartnell Rd., Unit 2, Hamilton, Ontario, CANADA,
+ Caribbean Distillers LLC, 4212 West Sevilla Street, Tampa, FL 33629-8406
+ Carleton, Inc., 30 South Sand Rd., New Britain, PA 18901-5123
+ Case, John, 3209 Fall Creekway East, Unit A, Indianapolis, IN 46205-2442
+ Chart International, Inc., 407 7th Street NW, New Prague, MN 56071-1010
Chase Purchase Card, 1 E. Ohio Street, Floor 04, Indianapolis, IN 46204-1912
+ Chaykina, Natalie, 7627 Mackell Court, Indianapolis, IN 46268-4749
+ Chemical Systems, Inc., 1033 3rd Ave. SW, Ste. 116, Carmel, IN 46032-7592
+ Christopher McElwee, Monday McElwee Albright, 1915 Broad Ripple Avenue, Indianapolis, IN 46220-2327
+ Cintas, 7258 Georgetown Rd., Indianapolis, IN 46268-4125
+ Citizens Energy, 2020 N. Meridian Street, Indianapolis, IN 46202-1393
+ Clarendon Flavors, 2500 Stanley Gault Parkway, Louisville, KY 40223-4178
+ Climax Packaging Machinery, 25 Standen Drive, Hamilton, OH 45015-2209
+ Columbia Machine, Inc., 25 Standen Drive, Hamilton, OH 45015-2209
+ Colyer, Harley, 1169 W County Road 300 N, Osgood, IN 47037-9308
+ Concentra Medical Centers, 5080 Spectrum Drive, Addison, TX 75001-6443
+ Covanta, 5080 Spectrum Drive, Addison, TX 75001-4648
+ Daigger, 2732 Kuser Rd., Trenton, NJ 08691-1806
+ David Herzog, c/o Hoover Hull Turner LLP, 111 Monument Circle, Suite 4400, Indianapolis, IN 46204-5172
+ Debow, Jon, 4655 Lynnfield Rd., Apt. 927, Indianapolis, IN 46254-4815
+ Department of Treasury Alcohol Tobacco Tax Tr, 1310 G Street NW, Washington, DC 20005-3000
+ Diageo Americas Supply Inc, 3 World Trade Center, New York, NY 10007-0042
+ Dilling Group Inc., 111 East Mildred Street, Logansport, IN 46947-4961
+ Domino Amjet, Inc., 1290 Lakeside Drive, Gurnee, IL 60031-2499
+ Duncan Co., 425 Hoover St. NE, Minneapolis, MN 55413-2969
+ E & H Industrial Services, Inc., 5671 Guion Rd., Indianapolis, IN 46254-1515
+ EBM.US, LLC, 3312 Pine Hill Trail, Palm Beach Gardens, FL 33418-3502
+ EMSL Analytical, Inc., 200 Rt. 130 North, Cinnaminson, NJ 08077-2892
+ Egenolf Industrial Group, 350 Wisconsin Street, Indianapolis, IN 46225-1536
+ Eldridge, Jory L, 3841 Hornickel Dr., Indianapolis, IN 46235-3621
+ Ellab Validation Solutions, 303 E. 17th Ave., Ste. 10, Denver, CO 80203-1204
+ Elliott, Marcus, 4522 San Gabriel Dr., Indianapolis, IN 46268-5318
+ Enerquip Thermal Solutions, 611 North Road, Medford, WI 54451-1154
+ Entech Fabrications, 815 Bonnie Lane, Elk Grove Village, IL 60007-2224
+ FAK Logistics, Inc., 201 W. Main Street, Fort Wayne, IN 46802-1607
+ Faegre Drinker Biddle & Reath LLP, 600 96th Street, Ste. 600, Indianapolis, IN 46240-3789
+ Fastenal Company, 6003 Guion Rd., Ste. A, Indianapolis, IN 46254-1252
+ Ferrum Packaging, Inc., 880 Bahcall Ct., Waukesha, WI 53186-1801
+ Festo Corp., PO Box 1355, Buffalo, NY 14240-1355
+ Filtec, 3100 Fujita Street, Torrance, CA 90505-4007
+ Firmenich Incorporated, PO Box 5880, Princeton, NJ 08543-5880
+ First National Capital, 38 Discovery, Ste. 150, Irvine, CA 92618-3127
+ Fisher Scientific Company, LLC, 300 Industry Drive, Pittsburgh, PA 15275-1001
+ Flex-Pac, Inc., 6075 Lakeside Blvd., Indianapolis, IN 46278-1989
+ Fortis, 22790 Heslip Drive, Novi, MI 48375-4143
+ Fredericks, Inc. Contractors, 5448 W. State Road 132, Pendleton, IN 46064-9098
+ Funez, Arlon, 3014 Percheron Lane, Indianapolis, IN 46227-9117
+ GHW Waste Services, 501 West Raymond Street, Indianapolis, IN 46225-1946
+ GS1 US, Inc., 7887 Washington Village Drive, Ste. 300, Dayton, OH 45459-3988
+ Garcia Diaz, Blanca Esther, 5058 Oakhurst Drive, Indianapolis, IN 46254-4166
+ Gibson, David, 3010 N. Colorado Ave., Indianapolis, IN 46218-2202
+ Givaudan Flavor Corporation, 1199 Edison Drive, Cincinnati, OH 45216-2265
+ Glacier Tanks, LLC, 1301 NE 144th Street, Ste. 125, Vancouver, WA 98685-1479

16891580   + GoDaddy, 12655 W. Jefferson Blvd., Ste. 400, Los Angeles, CA 90066-7008

16891581   + Golden West Ventures, LLC, 10215 Santa Monica Blvd., Century City, CA 90067-6403

16891582     Gonzalez, Mayerling Jusneith, 5556 Scarlet Ter., Indianapolis, IN 46224

16891584   + GraphPak, 11250 Addison Ave., Franklin Park, IL 60131-1199

16891583   + Graphic Packaging International Inc., 1500 Riveredge Parkway NW, Ste. 100, Atlanta, GA 30328-4658

16891585   + Green, Lee, 8705 Ditch Road, Indianapolis, IN 46260-1602

16891593   + HMH Contractors, Inc., 8432 Brookville Rd., Indianapolis, IN 46239-9491

16891587   + Hach, PO Box 389, Loveland, CO 80539-0389

16891588   + Harrington Industrial Plastics, 3440 Park Davis Cir., Indianapolis, IN 46235-2397

16891589   + Harris & Ford, LLC, 9307 E. 56th Street, Indianapolis, IN 46216-2068

16891590   + Heavyweight Waste, 17437 Carey Rd., Ste. 164, Westfield, IN 46074-9439

16891591   + Hernandez, Maria, 3527 N. Taft Avenue, Indianapolis, IN 46222-1035

16891592   + Heyes Filters, 1741 Torrance Blvd., Ste. A, Torrance, CA 90501-1725

16891594   + Horner Industrial Group, 1521 East Washington Street, Indianapolis, IN 46201-3848

16891595   + Hutchens, Susan, 19 East Branch, Brownsburg, IN 46112-9247

16891596   + Hutchison, Tyler, 6642 Meadowgreen Dr., Indianapolis, IN 46236-8017

16891597   + Hytrol Parts, 1450 N. McLean Blvd., Elgin, IL 60123-1235

16891598   + IFM Efector Inc., 1100 Atwater Drive, Malvern, PA 19355-8731

16891599   + Impact Networking Indiana, LLC, 8888 Keystone Crossing, Ste. 350, Indianapolis, IN 46240-4696

16891601   + Indiana Oxygen Company, 6099 West Corporate Way, Indianapolis, IN 46278-2923

16891602   + Indiana Sugars, 911 Virginia Street, Gary, IN 46402-2705

16891603   + Indianapolis Chamber of Commerce, 111 Monument Circle, Ste. 1950, Indianapolis, IN 46204-1777

16891605   + International Flavors & Fragrances Inc., 7800 Holstein Ave., Philadelphia, PA 19153-3219

16891611     JP Morgan Chase Bank, N.A., 1 E. Ohio St, Floor 04, Indianapolis, IN 46204-1912

16891606   + Jackson Oil & Solvents, 1970 Kentucky Ave., Indianapolis, IN 46221-1914

16891607   + Jarquin Alcantara, Anselmo, 4218 Moller Rd., Indianapolis, IN 46254-2002

16891608   + Joel Nesset, c/o Cozen O'Connor, 33 S. 6th Street Suite 3800, Minneapolis, MN 55402-3707

16891609   + Johnson Controls, Inc., 5757 N Green Bay Ave., Milwaukee, WI 53209-4408

16891610   + Johnson-Melloh, Inc., 5925 Stockberger Place, Indianapolis, IN 46241-5420

16891613   + KHS USA, Inc., 880 Bachall Ct., Waukesha, WI 53186-1801

16891612   + Kerry Inc. / Kerry Canada Inc., 3400 Millington Road, Beloit, WI 53511-9554

16891614   + Kirby Risk, 27561 Network Place, Chicago, IL 60673-1275

16891615   + Koorsen Fire & Security, 2719 N. Arlington Ave., Indianapolis, IN 46218-3300

16891616   + Lappot, Iridania, 2325 Longleaf Ln., Greenfield, IN 46140-2957

16891617   + Lehrman Beverage Law, 2911 Hunter Mill Road, Ste. 303, Oakton, VA 22124-1719

16891618   + Level365, 9130 Otis Ave., #H, Indianapolis, IN 46216-2032

16891621   + Lockard, Kenneth, 3903 Deer Ridge, Apr. 1B, Indianapolis, IN 46254-5631

16891623   + Luna Martinez, Christian, 555 S. Cole Street, Indianapolis, IN 46241-0713

16891634   + MBV-Midwest LLC, 3309 Collins Lane, Louisville, KY 40245-1629

16891647   + MJ Insurance, 571 Monon Blvd., Ste. 400, Carmel, IN 46032-2150

16891624   + Madison Chemical Co., Inc., 3141 Clifty Drive, Madison, IN 47250-1885

16891625   + Madrigal, Erminia, 5255 Shefford Ct., Indianapolis, IN 46254-3719

16891626   + MakeMyMove, 215 E. 38th Street, Indianapolis, IN 46205-2643

16891628   + Mark Mester, c/o Latham & Watkins LLP, 330 North Wabash Ave., Ste. 2800, Chicago, IL 60611-3695

16891629   + Markem-Imaje Corporation, 100 Chastain Center Blvd., Ste. 165, Kennesaw, GA 30144-5561

16891630   + Mateo Geronimo, Alejandro, 310 East Southern Avenue, Indianapolis, IN 46225-2123

16891631   + Mavpak, 6330 E. 75th Street, Ste. 168, Indianapolis, IN 46250-2717

16891635   + McAlister's Deli, 5620 Glenridge Drive NE, Atlanta, GA 30342-1334

16891636   + Melika, Tahany, 2178 Littlebury Rd., Westfield, IN 46074-7436

16891638   + Merieux NutriSciences, 401 N. Michigan Ave., Ste. 1400, Chicago, IL 60611-4263

16891639     Metal Supermarket Indy West, 5228 W 79th Street, Indianapolis, IN 46268

16891640   + Miami Cocktail Company, Inc., 2750 NW 3rd Avenue #16, Miami, FL 33127-4143

16891641   + Michael Rabinowitch, c/o Dinsmore & Shohl LLP, One Indiana Square, Suite 1800, Indianapolis, IN 46204-2019

16891643   + Microsoft Office, One Microsoft Way, Redmond, WA 98052-8300

16891644   + Midwest Garage Door Systems Inc., 437 E Stop 18 Rd., Greenwood, IN 46143-9537

16891645   + Miller, Benjamin, 906 East Auman Drive, Carmel, IN 46032-2662

16891646   + Miller, Katherine, 906 East Auman Drive, Carmel, IN 46032-2662

16891648   + Mobile Mini Solution, 2301 S. Holt Rd., Indianapolis, IN 46241-4822

16891649   + Molly Elizabeth Harkins, c/o Hoover Hull Turner LLP, 111 Monument Circle, Suite 4400, Indianapolis, IN 46204-5172

16891650   + Motion Industries, Inc., 1605 Alton Rd., Birmingham, AL 35210-3770

16891651   + Murrell, Isaac, 6109 E. Robert St., Muncie, IN 47303-4476

16891652     Nalco Company LLC, 1601 West Delhi Road, Naperville, IL 60563

16891653   + Neace Construction Services Inc., 94 Victory Hill, Coatesville, IN 46121-8961

District/off: 0756-1
User: admin
Page 4 of 7

Date Rcvd: Jun 27, 2024
Form ID: SF07043
Total Noticed: 274

16891654    + Nelson-Jameson Inc., 3200 S. Central Ave., Marshfield, WI 54449-8616
16891655    + Newjac Industrial Fire Protection, 415 South Grant Street, Lebanon, IN 46052-3605
16891656    + Norflex, Inc., 720 Norflex Drive, Hudson, WI 54016-7671
16891658    + OCS Process Systems, 24142 Detroit Rd., Westlake, OH 44145-1515
16891659    + Office Depot, 6600 N. Military Trail, Boca Raton, FL 33496-2434
16891660    + Oliphant, Wayne, 603 S. Oak St., Fortville, IN 46040-1626
16891661    + Ordenana Averruz, Kathy, 5046 W. 36th Ter., Indianapolis, IN 46224-1566
16891662    + Orkin, 2170 Piedmont Rd. NE, Atlanta, GA 30324-4135
16891663    + Pacheco Antunez, Jayron Javier, 3014 Percheron Ln., Indianapolis, IN 46227-9117
16891664    + Padilla, Karola, 4965 Rue Vallee, Apt. 39, Indianapolis, IN 46227-6655
16891665    + Padilla, Maryeli, 4725 Madison Ave., Apt. 19, Indianapolis, IN 46227-4171
16891666    + Patty, Bryce, 12624 Feldspar Rd., Indianapolis, IN 46236-8215
16891667    + Pelfrey, Brian, 1020 N. Euclid Ave., Indianapolis, IN 46201-2310
16891668    + Penske, 2675 Morgantown Rd., Reading, PA 19607-9676
16891669    + Perez, Alexis, 1747 Morgan St., Indianapolis, IN 46221-1818
16891670    + Pioneer Packaging LLC, 218 E. Lincoln Ave., Portland, IN 47371-1007
16891671    + Polanco Montoya, Freddy, 4859 Oakwood Trail, Indianapolis, IN 46268-3491
16891672    + Ponce Gomez, Leodan Ernesto, 4514 Brookhollow, Apt. 270, Indianapolis, IN 46254-2278
16891673    + Pratt Industries, 3155 State Road 49, Valparaiso, IN 46383-7831
16891674    + Precision Door Service, 14560 Bergen Blvd., Ste. 100, Noblesville, IN 46060-5206
16891675    + Pulido Jarquin, Elvita Ruth, 3130 Normandy Rd., Indianapolis, IN 46222-1375
16891676    + Quay, John, 6905 Hague Road, Indianapolis, IN 46256-3205
16891677    + R&S Sewer Company, PO Box 51706, Indianapolis, IN 46251-0706
16891681    + RM Auctions, PO Box 1055, Mount Carmel, IL 62863-1055
16891685    + RS Industrial, Inc., 1060 Parkway Industrial Park Drive, Buford, GA 30518-1640
16891678    + Reyes Rodriguez, Amner, 5564 Scarlet Terrace, Indianapolis, IN 46224-1313
16891679    + Rivas, Elmer, 6121 Ipswich Ct., Indianapolis, IN 46254-2246
16891680    + Rivera, Tamara, 3116 Lincoln Rd., Apt. A, Indianapolis, IN 46222-2034
16891682    + Robert-James Sales, Inc., 2832 Rand Rd., Indianapolis, IN 46241-5507
16891683    + Rodem Process Equipment, 10001 Martins Way, Harrison, OH 45030-2259
16891684    + Rodriguez Gonzalez, Daneyling Lisseth, 5566 Scarlet Ter., Indianapolis, IN 46224-1313
16891686    + Rugama, Cruz, 6413 Mission Ter., Apt. B, Indianapolis, IN 46254-3419
16891687    + Rugama, Jairo, 46 S. Tuxedo Street, Indianapolis, IN 46201-4310
16891688    + Sadler Mechanical, 6120 South Harding Street, Indianapolis, IN 46217-9598
16891689    + Sale, Michael, 3204 Wayside Lane, Anderson, IN 46011-2332
16891690    + Sapphire, 405 Lexington Ave., New York, NY 10174-4502
16891691    + Sazerac Company Inc., 10101 Linn Station Rd., Louisville, KY 40223-3819
16891692    + Schubert North America, LLC, 8848 Red Oak Blvd., Charlotte, NC 28217-4053
16891693    + Sean White, c/o Clapp Ferrucci, 8766 South Street, Suite 210, Fishers, IN 46038-2987
16891694    + SensrTrx, 7777 Bonhomme Ave., Ste. 1800, Saint Louis, MO 63105-1931
16891695    + ServiceMASTER, 2851 N. Webster Ave., Indianapolis, IN 46219-1012
16891696    + Sewer or Septic Services, 17220 Harger Ct., Noblesville, IN 46060-8501
16891697    + Silguero, Roberto, 3046 Wintersong Dr., Indianapolis, IN 46241-5445
16891698    + Smith, Jeffrey, 1912 King Ave., Indianapolis, IN 46222-2858
16891699    + Snagajob.com Inc., 32978 Collections Center Dr., Chicago, IL 60693-0001
16891700    + Sola Canales, Jefry, 4514 Brook Hollow Blvd., Apt. 270, Indianapolis, IN 46254-2278
16891701    + Sovereign Flavors, 4030 W. Chandler Ave., Santa Ana, CA 92704-5202
16891702    + Soza Hernandez, Elvin Daniel, 3130 Normandy Rd., Apt. 34, Indianapolis, IN 46222-1375
16891703    + Soza, Carlos, 4665 Edwardian Circle, Apt. 1A, Indianapolis, IN 46254-2193
16891704    + Soza, Josue, 3116 Lincoln Rd., Apt. A, Indianapolis, IN 46222-2034
16891705    + Spurlock, Kierceton, 9186 Cinnebar Dr., Indianapolis, IN 46268-5208
16891706    + Squid Ink Manufacturing Inc., 7041 Boone Ave. N., Minneapolis, MN 55428-1504
16891707    + Stanley Convergent Security Solutions, Inc., 8350 Sunlight Drive, Fishers, IN 46037-6700
16891708    + Statco-DSI, 4678 World Parkway Circle, Saint Louis, MO 63134-3114
16891709    + Sterling, Joseph, 1325 N. Colorado Ave., Indianapolis, IN 46201-1644
16891710    + Steven Lammers, c/o Mandel Rauch & Lammers, PC, 704 Adams Street, Suite F, Carmel, IN 46032-1539
16891711    + Stewart's Enterprises, Inc., 1 Margaret Place, Monmoth Beach, NJ 07750-1120
16891712    #+ Stonebriar Commercial Finance LLC, 5601 Granite Parkway, Suite 1350, Plano, TX 75024-6770
16891713    + Storage Solutions, Inc., 910 E. 169th Street, Westfield, IN 46074-7901
16891720    + TForce Freight, 28013 Network Place, Chicago, IL 60673-1280
16891722       TMCI PADOVAN, Via Padovan 1, 31010 Mareno di Piave TV, Italy,
16891716    + Taylor, Marco, 1942 Moray Court East, Apt. M, Indianapolis, IN 46260-2420
16891717    + Techniblend, 21800 Doral Rd., Waukesha, WI 53186-1884

District/off: 0756-1            User: admin            Page 5 of 7

Date Rcvd: Jun 27, 2024           Form ID: SF07043           Total Noticed: 274

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 16891718 | + | Teledyne Taptone, 49 Edgerton Drive, North Falmouth, MA 02556-2821 |
| 16891719 | + | Tex, Laura, 322 S. Parker Ave., Indianapolis, IN 46201-4352 |
| 16891721 | #+ | The Millcraft Paper Company, 6800 Grant Ave., Cleveland, OH 44105-5628 |
| 16891723 | + | Tri-State Compressed Air Systems, Inc., 1608 Eisenhower Drive S., Goshen, IN 46526-6131 |
| 16891724 | + | Tynan Equipment Company, 5926 Stockberger Pl., Indianapolis, IN 46241-5421 |
| 16891727 | + | Valencia Diaz, Pedro Abdon, 136 Neal Ave., Indianapolis, IN 46222-4566 |
| 16891729 | + | Veloz Lluveres, Pedro, 13826 N. Tiosa Ln., Camby, IN 46113-8786 |
| 16891730 | + | Verst Group Logistics, Inc., 300 Shoreland Drive, Walton, KY 41094-9328 |
| 16891731 | + | Vision One Partners, LLC, 1 Gracie Square, New York, NY 10028-8001 |
| 16891732 | + | Vital Records Control, 3940 Technology Dr., Maumee, OH 43537-9264 |
| 16891734 | | W.W. Grainger, Inc., 9610 Corporation Drive, Indianapolis, IN 46256 |
| 16891735 | + | Washington, Benny, 1945 Bradford Trace Way, Indianapolis, IN 46229-4907 |
| 16891736 | + | Waste Management, PO Box 3020, Monroe, WI 53566-8320 |
| 16891737 | + | Weber, Caleb, 1450 Rockingham Pl., Apt. B, Indianapolis, IN 46260-2134 |
| 16891738 | + | Wehrman, William, 2474 E County Road 600 N, Pittsboro, IN 46167-8902 |
| 16891739 | + | Wesco, 225 W. Station Square Drive, Pittsburgh, PA 15219-1151 |
| 16891741 | + | WestRock - Multi Packaging Solutions Inc., 75 Remittance Dr., Ste. 3111, Chicago, IL 60675-3111 |
| 16891740 | + | Westrock - Automated PKG System, 1000 Abernathy Road NE, Atlanta, GA 30328-5602 |
| 16891742 | + | White, Renato, 4163 Mission Dr., Apt. D, Indianapolis, IN 46254-3441 |
| 16891743 | + | Wiese USA, 4549 W. Bradbury Ave., Indianapolis, IN 46241-5210 |
| 16891744 | + | William Blair & Company LLC, 150 N. Riverside Plaza, Chicago, IL 60606-5042 |
| 16891745 | + | Zavala, Eduardo, 4514 Brookhollow Blvd., Apt. 270, Indianapolis, IN 46254-2278 |
| 16891746 | + | Zeco, LLC, 412 Georgia Ave., Ste. 300, Chattanooga, TN 37403-1853 |
| 16891747 | + | Zelaya, Iviss, 517 Steinbeck Pl., Carmel, IN 46032-3395 |
| 16891511 | + | bioMerieux, Inc., 100 Rodolphe Street, Durham, NC 27712-9402 |
| 16891657 | + | nVenia LLC, 750 N. Wood Dale Rd., Wood Dale, IL 60191-1134 |

TOTAL: 256

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16891477 | | Email/Text: gcarter@adcoboiler.com | Jun 27 2024 20:56:00 | ADCO Companies, LTD, 3657 Pine Lane, Bessemer, AL 35022 |
| 16891487 | + | Email/Text: bankruptcynotices@amazon.com | Jun 27 2024 20:57:00 | Amazon, 410 Terry Ave. N., Seattle, WA 98109-5210 |
| 16891491 | + | Email/Text: AnthemBK_KY@anthem.com | Jun 27 2024 20:57:00 | Anthem, Inc., 120 Monument Circle, Indianapolis, IN 46204-4902 |
| 16891538 | + | EDI: COMCASTCBLCENT | Jun 28 2024 00:55:00 | Comcast, 1701 JFK Blvd., Philadelphia, PA 19103-2899 |
| 16891543 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jun 27 2024 20:56:00 | De Lage Landen Financial Services, Inc., 1111 Old Eagle School Rd., Wayne, PA 19087 |
| 16891544 | + | Email/Text: fileroom@rubin-levin.net | Jun 27 2024 20:57:00 | Deborah Caruso, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St, Suite 1400, Indianapolis, IN 46204-2489 |
| 16891564 | + | Email/Text: kdodge@fcxperformance.com | Jun 27 2024 20:57:00 | FCX Performance, Inc., 3000 E. 14th Ave., Columbus, OH 43219-2355 |
| 16891600 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Jun 27 2024 20:57:00 | Indiana Department of Revenue, Bankruptcy section - MS 108, 100 N. Senate Ave. Room N240, Indianapolis, IN 46204 |
| 16891604 | | EDI: IRS.COM | Jun 28 2024 00:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16891619 | | Email/Text: customer.service@libertasfunding.com | Jun 27 2024 20:56:00 | Libertas Funding LLC, 411 W. Putnam Ave, Suite 220, Greenwich, CT 06830 |
| 16891622 | + | EDI: SYNC | Jun 28 2024 00:55:00 | Lowes, 1000 Lowes Blvd., Mooresville, NC 28117-8520 |
| 16891627 | + | Email/Text: MCTBankruptcy@indy.gov | Jun 27 2024 20:57:00 | Marion County Treasurer, 200 E. Washington St., |

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 6 of 7 |
| Date Rcvd: Jun 27, 2024 | Form ID: SF07043 | Total Noticed: 274 |

| | | | |
|---|---|---|---|
| | | | Ste. 1041, Indianapolis, IN 46204-3318 |
| 16891633 | + Email/Text: jharrington@mayschem.com | Jun 27 2024 20:56:00 | Mays Chemical Co. Inc., 5611 E. 71st Street, Indianapolis, IN 46220-3920 |
| 16891637 | + Email/Text: fileroom@rubin-levin.net | Jun 27 2024 20:57:00 | Meredith R. Theisen, c/o Rubin & Levin, P.C., 135 N. Pennsylvania Street Ste 1400, Indianapolis, IN 46204-2489 |
| 16891714 | + Email/Text: pwebb@system-scale.com | Jun 27 2024 20:57:00 | System Scale Corporation, 4393 West 96th Street, Indianapolis, IN 46268-3175 |
| 16891715 | + Email/Text: kbritton@taftlaw.com | Jun 27 2024 20:57:00 | Taft Stettinius & Hollister LLP, One Indiana Square, Suite 3500, Indianapolis, IN 46204-2023 |
| 16891725 | + Email/Text: arbankruptcy@uline.com | Jun 27 2024 20:57:00 | ULINE, PO Box 88741, Chicago, IL 60680-1741 |
| 16891726 | + Email/Text: bankruptcy@ups.com | Jun 27 2024 20:57:00 | UPS, 55 Glenlake Pkwy. NE, Atlanta, GA 30328-3474 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16887598 | | A Pallet Company, 1305 S. Bedford Street, Indianapol |
| 16891728 | | Various |
| 16891620 | *P++ | LIBERTAS FUNDING LLC, 411 WEST PUTNAM ST, SUITE 220, GREENWICH CT 06830-6295, address filed with court:, Libertas Funding LLC, 411 W. Putnam Ave., Ste. 220, Greenwich, CT 06830 |
| 16891497 | ##+ | Arrow Container, LLC, 5343 Commerce Square Dr., Indianapolis, IN 46237-9743 |
| 16891500 | ##+ | Autodesk, Inc., 111 McInnis Parkway, San Rafael, CA 94903-2773 |
| 16891632 | ##+ | Maxim Services LLC, 7768 Zionsville Rd., Ste. 150, Indianapolis, IN 46268-5143 |
| 16891642 | ##+ | Microbac Laboratories, Inc., 1 Allegheny Square, Ste. 400, Pittsburgh, PA 15212-5325 |
| 16891733 | ##+ | W.M. Sprinkman LLC, 404 Pilot Court, Waukesha, WI 53188-2439 |
| 16891557 | ##+ | eMaint Enterprises LLC, 307 Fellowship Rd., Ste. 116, Mount Laurel, NJ 08054-1233 |

TOTAL: 2 Undeliverable, 1 Duplicate, 6 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew D Stosberg | on behalf of Creditor MBV-Midwest  LLC astosberg@grayice.com, jkelly@grayice.com |
| Andrew T Kight | on behalf of Debtor Blue Marble Productions  Inc. akight@jhklegal.com, assistant@jhklegal.com;akight@ecf.courtdrive.com |
| Deborah Caruso | |

District/off: 0756-1            User: admin            Page 7 of 7

Date Rcvd: Jun 27, 2024            Form ID: SF07043            Total Noticed: 274

on behalf of Trustee Gregory S. Fehribach dcaruso@rubin-levin.net
dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com

Gregory S. Fehribach

mjurkiewicz@thefehribachgroup.com  mbfehribach@thefehribachgroup.com;GF@trustesolutions.net

Martin Tucker

on behalf of Creditor Flex-Pac  Inc. martin.tucker@dinsmore.com,
rosetta.mitchell@dinsmore.com;sara.johnston@dinsmore.com;jennifer.pitcock@dinsmore.com

Meredith R. Theisen

on behalf of Trustee Gregory S. Fehribach mtheisen@rubin-levin.net  mralph@rubin-levin.net;cgilly@rubin-levin.net

Michael W. Hile

on behalf of Debtor Blue Marble Productions  Inc. mhile@jacobsonhile.com, assistant@jacobsonhile.com

U.S. Trustee

ustpregion10.in.ecf@usdoj.gov

William F. Saldutti, IV

on behalf of Creditor Canadian Canning  Inc. william.saldutti@obermayer.com, Coleen.Schmidt@obermayer.com


TOTAL: 9

UNITED STATES BANKRUPTCY COURT

SF07043 (rev 10/2013)

Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

In re:

**Blue Marble Productions, Inc.**,                     Case No. **24–00786–JMC–7A**
            Debtor.

## NOTICE OF POSSIBLE ASSETS AND
## LAST DAY TO FILE CLAIMS

A Report of Possible Assets was filed on June 26, 2024, by Trustee Gregory S. Fehribach.

**NOTICE IS GIVEN** that assets may be used to pay a dividend to creditors. **Creditors must file a claim by September 25, 2024 in order to share in any distribution from the estate.** Instructions for filing a proof a claim or obtaining a form can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated:  June 27, 2024                    Eric R. Kleis
                                         Clerk, U.S. Bankruptcy Court