**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE:                           )
                                    )
BLUE MARBLE PRODUCTIONS,   )   Case No. 24-00786-JMC-7
INC
                                    )
                                    )
       Debtor                 )

TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT

Gregory S. Fehribach, Trustee herein, proposes to abandon:

    Claim against Stewart's Enterprises, Inc. 49D01-2307-PL-027586

**NOTICE: Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the abandonment to occur, or if you want the court to consider your views on this notice, then the deadline for you or your attorney to file a written objection with the court explaining your position is 14 days from the date of service. The date of service was June 3, 2026. Those not required or not permitted to file electronically must deliver any objection by U.S. Mail, courier, overnight/express mail, or in person at:

    Clerk, U.S. Bankruptcy Court
    116 U.S. Courthouse
    46 E. Ohio Street
    Indianapolis, IN 46204

The objecting party must ensure delivery of the objection to the party filing the motion. If you or your attorney do not take these steps, the court may decide that you do not oppose abandonment.

Date: 6/3/2026

Respectfully submitted,

/s/ GREGORY S. FEHRIBACH, Trustee


CERTIFICATE OF SERVICE

I hereby CERTIFY that a copy of the Trustee's Notice of Proposed Abandonment has been served on the following parties by electronic mail on the June 3, 2026


Deborah Caruso     dcaruso@rubin-levin.net, dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com
Gregory S. Fehribach     mjurkiewicz@thefehribachgroup.com, mbfehribach@thefehribachgroup.com;GF@trustesolutions.net
Michael W. Hile     mhile@jacobsonhile.com, assistant@jacobsonhile.com
David J. Jurkiewicz     DJurkiewicz@boselaw.com, mwakefield@boselaw.com;dlingenfelter@boselaw.com
Andrew T Kight     akight@jhklegal.com, assistant@jhklegal.com;akight@ecf.courtdrive.com
William F. Saldutti     william.saldutti@obermayer.com, Coleen.Schmidt@obermayer.com
Andrew D Stosberg     astosberg@grayice.com, jkelly@grayice.com
Meredith R. Theisen     mtheisen@rubin-levin.net, mralph@rubin-levin.net;cgilly@rubin-levin.net
Martin Tucker     martin.tucker@dinsmore.com, rosetta.mitchell@dinsmore.com;sara.johnston@dinsmore.com;jennifer.pitcock@dinsmore.com
U.S. Trustee   ustpregion10.in.ecf@usdoj.gov

diane.hetrick@penske.com
mike@chemicalsystemsinc.com
billing@ghwwaste.com
indyap@metalsupermarkets.com
pkahler@leasedirect.com
arbankruptcy@uline.com
bdinwiddie@flexp.com
martin.tucker@dinsmore.com
tcov@ellab.com
jcornett@fbsg.com
rrich@huntonak.com
scott@apalletcompany.com
fran.davidson@aes.com
jmilek@fastenal.com
HEGEMAND@MILLCRAFT.COM
david.barrett@faegredrinker.com
stephanie.westbrooks@westrock.com

mdardis@firstncc.com
joseph.heller@ttb.gov
rdyar@tbmattorneys.com
mfrench@atriusllc.com
william.saldutti@obermayer.com
curt.rothlisberger@ardaghgroup.com
sumit.tomar@jci.com
william.a.oostdyk@chase.com
djurkiewicz@boselaw.com
jhartman@sazerac.com
kcampbell@bfcompanies.com
paul@paresq.com
info@dillinggroup.com
jsundheimer@btlaw.com
jhumphrey@taftlaw.com
ametzel@taftlaw.com

/s/ GREGORY S. FEHRIBACH, Trustee

Gregory S. Fehribach
50 S. Meridian St. Ste 700
Indianapolis, IN 46204
gfehribach@thefehribachgroup.com